IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: 6/5/19

IN RE:                                                              :         Chapter 7

Keith Pelzer
Bertina Pelzer
        Debtor(s)                      :         Bankruptcy No. 11-11134-mdc

CERTIFICATION OF COSTS

    The sum of $0.00 has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 on or before N/A.

    The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | Administrative Fee Paid 02/18/2011 | |
| Claims | | |
| Certifications | | |
| Adversary Complaints | No Adversary Cases | |
| Copies | | |
| | TOTAL: | $0.00 |

Dated at Philadelphia, Pennsylvania
this 5th day of June,2019

                TIMOTHY B. MCGRATH, Clerk


                By:      C. Wagner    
                     Deputy Clerk

Certcost 8/99