B6C (Official Form 6C) (4/10)

In re **Keith Pelzer,**
**Bertina Pelzer**, Case No. **11-11134**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☒ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account located at TD Bank | 11 U.S.C. § 522(d)(5) | 550.00 | 550.00 |
| Checking account located at US Alliance Federal Credit Union #68649 | 11 U.S.C. § 522(d)(5) | 753.00 | 753.00 |
| Savings account located at ING Direct | 11 U.S.C. § 522(d)(5) | 27.91 | 27.91 |
| Checking account located at TD Bank #0250 | 11 U.S.C. § 522(d)(5) | 499.69 | 499.69 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous household furnishings | 11 U.S.C. § 522(d)(3) | 2,000.00 | 2,000.00 |
| **Wearing Apparel** | | | |
| Clothing | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Costume jewelry and wedding bands | 11 U.S.C. § 522(d)(4) | 1,000.00 | 1,000.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| home computer | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| | Total: | **5,830.60** | **5,830.60** |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy