**Jeanne Marie Cella and Associates, LLC**
**BY: JEANNE MARIE CELLA, ESQUIRE**
**221 N Olive St**
**Media, PA 19063**
**Telephone: (610) 505-0541**                                    **Attorney for Debtors**

---

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re: Keith and Bertina Pelzer        :        Chapter 13

Debtors                                :        Bky. No. 11-11134

### PRAECIPE FOR CHANGE OF ADDRESS

TO THE CLERK:

Please change debtors, Keith and Bertina Pelzer's address on the court record, as follows:

15004 Joplin Lane
Phoenixville, PA 19460

Respectfully,

Jeanne Marie Cella and Associates, LLC

**BY:** */s/: Jeanne Marie Cella, Esq*
**Jeanne Marie Cella, Esquire**
Attorney for Debtors

Date: October 18, 2021