**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KEITH PELZER AND BERTINA PELZER<br><br>Debtors. | CHAPTER 7<br><br>CASE NO. 11-11134 (MDC) |

**CERTIFICATION OF NO RESPONSE FOR DOCKET # 94**

MICHAEL H. KALINER, TRUSTEE, hereby certifies that on October 25, 2021, a copy of the Application of Michael H. Kaliner, Chapter 7 Trustee, to Employ Miller Coffey Tate LLP as Accountants (the "Application") and Notice of Application and Response Deadline was served on the Office of the U.S. Trustee, Debtor's counsel and Bankruptcy Rule 2002 Parties in the above-captioned proceeding. No creditor or party in interest has served or filed any answer, objection or other responsive pleading to the Application and that the time for serving and filing any such answer, objection, or other responsive pleading has expired.

Date: November 3, 2021            /s/ Michael H. Kaliner, Esquire
                                  MICHAEL H. KALINER, TRUSTEE