**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KEITH PELZER AND BERTINA PELZER<br><br>Debtors | CASE NO. 11-11134 (MDC)<br><br>CHAPTER 7 |

**ORDER APPROVING EMPLOYMENT OF MILLER COFFEY TATE LLP AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS TO TRUSTEE**

Upon consideration of the Trustee's Application to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, and the Declaration of William A. Homony, CIRA in support thereof, and it appearing that Miller Coffey Tate LLP is a disinterested entity and that their employment is in the best interest of the estate, it is hereby ORDERED, that the Trustee is hereby authorized to employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants for the Trustee and the estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application and In re Busy Beaver Bldg Center, Inc,19 F.3d 833 (CA-3 1994.) and In re Jetsaba, Inc. 172 B.R. 786 (Bankr. EDPA 1994.)

BY THE COURT

November 3, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge