United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 11-11134-mdc |
| Keith Pelzer | Chapter 7 |
| Bertina Pelzer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 04, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Keith Pelzer, Bertina Pelzer, 15004 Joplin Lane, Phoenixville, PA 19460 |
| acc | + | Miller Coffey Tate LLP, 1628 JFK Blvd., Suite 950, Philadelphia, PA 19103-2110 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | |
| | on behalf of Creditor J.P. Morgan Chase Bank  N.A., as Servicer agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| ANDREW F GORNALL | |
| | on behalf of Creditor U.S. Bank National Association  et al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOS A. KATSAOUNIS | |
| | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| JEANNE MARIE CELLA | |
| | on behalf of Joint Debtor Bertina Pelzer paralegal@lawjmc.com  pennduke@gmail.com;r46298@notify.bestcase.com |
| JEANNE MARIE CELLA | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 04, 2021 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Debtor Keith Pelzer paralegal@lawjmc.com  pennduke@gmail.com;r46298@notify.bestcase.com

LAUREN MOYER
on behalf of Creditor J.P. Morgan Chase Bank  N.A., as Servicer ecfmail@mwc-law.com

MARY F. KENNEDY
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York mary@javardianlaw.com
coleen@javardianlaw.com

MATTHEW CHRISTIAN WALDT
on behalf of Creditor Select Portfolio  Inc. as servicing agent for The Bank of New York Mellon mwaldt@milsteadlaw.com,
bkecf@milsteadlaw.com

Michael H Kaliner
mhkaliner@gmail.com  pa35@ecfcbis.com

ROBERT J. HOFFMAN
on behalf of Creditor Northridge Village Homeowners Association collections@marcushoffman.com

THOMAS I. PULEO
on behalf of Creditor Select Portfolio  Inc. as servicing agent for The Bank of New York Mellon tpuleo@kmllawgroup.com,
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> KEITH PELZER AND BERTINA PELZER <br><br> Debtors | CASE NO. 11-11134 (MDC) <br><br> CHAPTER 7 |

### ORDER APPROVING EMPLOYMENT OF MILLER COFFEY TATE LLP AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS TO TRUSTEE

Upon consideration of the Trustee's Application to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, and the Declaration of William A. Homony, CIRA in support thereof, and it appearing that Miller Coffey Tate LLP is a disinterested entity and that their employment is in the best interest of the estate, it is hereby ORDERED, that the Trustee is hereby authorized to employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants for the Trustee and the estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application and In re Busy Beaver Bldg Center, Inc,19 F.3d 833 (CA-3 1994.) and In re Jetsaba, Inc. 172 B.R. 786 (Bankr. EDPA 1994.)

BY THE COURT

November 3, 2021

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge