UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN RE: KEITH PELZER : BANKRUPTCY NO. 11-11134
       BERTINA PELZER :
       DEBTORS : CHAPTER 7

* * * * * * *

NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**The Trustee has filed an objection to the proof of claims you filed in the bankruptcy case.**

**<u>Your claim may be reduced, modified, or eliminated.</u> You should read these papers carefully and discuss them with your attorney, if you have one.**

    If you do not want the court to eliminate or change your claim, you and your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Magdeline D. Coleman, Chief Bankruptcy Judge on December 22, 2021, at 11:30 am, in Courtroom 2, United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, PA 19107. If you or your attorney do not attend the hearing on the objection, the Court may decide that you do not oppose the objection to your claim.

November 22, 2021

                                                    /s/Michael H. Kaliner
                                                    Michael H. Kaliner, Trustee
                                                    3993 Huntingdon Pike, Suite 210
                                                    Huntingdon Valley, PA 19006
                                                    (215) 230-4250