**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**SUBSTITUTION OF APPEARANCE
BY LAUREN M. MOYER, ESQUIRE,
IN VARIOUS OPEN CASES AND
ENTRY OF APPEARANCE OF
MARISA MYERS COHEN, ESQUIRE,
IN VARIOUS OPEN CASES**

## PRAECIPE TO SUBSTITUTE APPEARANCE

Kindly withdraw the appearance of Lauren M. Moyer, Esquire, and substitute the

appearance of Marisa Myers Cohen, Esquire, in the cases listed in Exhibit A hereto.

Respectfully submitted,

Dated:  December 14, 2021

/s/ Marisa Myers Cohen
MARISA MYERS COHEN, ESQUIRE ID #87830
LAUREN M. MOYER, ESQUIRE ID # 320589
McCabe, Weisberg & Conway, LLC
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com

Dated:  December 14, 2021

/s/ Lauren M. Moyer
MARISA MYERS COHEN, ESQUIRE ID #87830
LAUREN M. MOYER, ESQUIRE ID # 320589
McCabe, Weisberg & Conway, LLC
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com

*Exhibit A*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *Pending Cases for:* | *MOYER   LAUREN* | | *Bar Id:* | *as of:* | *12/13/2021* | *12:07:05 pm* | *Prid: 1,101,175* | *terminated* |
| *Total Pending cases for this attorney:* | | 289 | | | | | | *case terminated* |

| Chapter | Judge | Case Number | Title | | | |
|---|---|---|---|---|---|---|
| 7 | mdc | 11-11134-mdc | Keith Pelzer and Bertina Pelzer | | | |
| | | | *Party represented:* | *cr* | | *J.P. Morgan Chase Bank, N.A., as Servicer* |
| 13 | mdc | 14-17628-mdc | Sausan E. Kassar | | | |
| | | | *Party represented:* | *cr* | | *WELLS FARGO BANK, N.A.* |
| 13 | pmm | 15-14980-pmm | Lisa Kochel | | | |
| | | | *Party represented:* | *cr* | | *Bayview Loan Servicing, LLC* |
| 13 | mdc | 16-12987-mdc | Troy Cochran and Tyra Cochran | | | |
| | | | *Party represented:* | *cr* | | *Bank of America, N.A.* |
| 13 | amc | 16-13630-amc | Eugene R. Cook and Mary Ann Cook | | | |
| | | | *Party represented:* | *cr* | | *CIT Bank, N.A.* |
| 13 | elf | 16-13864-elf | Kyle Jason Saylor | | | |
| | | | *Party represented:* | *cr* | | *TIAA, FSB* |
| | | | *Party represented:* | *cr* | | *TIAA, FSB* |
| 13 | amc | 16-15625-amc | Todd M. Capozzoli and Suzanne M. Capozzoli | | | |
| | | | *Party represented:* | *cr* | | *Ditech Financial LLC fka Green Tree Servicing LLC* |
| 13 | mdc | 16-16130-mdc | Anthony F. Auletta and Theresa Kathleen Auletta | | | |
| | | | *Party represented:* | *cr* | | *LSF8 Master Participation Trust* |

| 13 | elf | 16-16663-elf | Jennifer Paull | | |
| | | | *Party represented:* | *cr* | *FIFTH THIRD MORTGAGE COMPANY* |
| | | | *Party represented:* | *cr* | *Fifth Third Bank as Successor by Merger to Fifth Third Mortgage Company* |
| | | | *Party represented:* | *cr* | *Fifth Third Bank, N.A.* |
| 13 | elf | 16-16707-elf | Edward MacEntee | | |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC* |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC, a Delaware Limited Liability Company* |
| 13 | mdc | 16-16733-mdc | Francisco Rosario, Jr. and Siomaira Rosario | | |
| | | | *Party represented:* | *cr* | *BAYVIEW LOAN SERVICING, LLC* |
| 13 | pmm | 16-16858-pmm | Anthony J. Olszewski, II and Colleen Kay Olszewski | | |
| | | | *Party represented:* | *cr* | *Truist Bank, formerly known as Branch Banking and Trust Company* |
| 13 | elf | 16-17068-elf | Donald S. Montgomery and Dorothy A. Montgomery | | |
| | | | *Party represented:* | *cr* | *Loandepot.com, LLC* |
| 13 | elf | 16-17188-elf | David Mantovani | | |
| | | | *Party represented:* | *cr* | *LOANCARE, LLC* |
| | | | *Party represented:* | *cr* | *LoanCare, LLC* |
| | | | *Party represented:* | *cr* | *LoanCare, LLC* |
| 13 | mdc | 16-17189-mdc | Thomas L. Ratcliffe and Laura L. Ratcliffe | | |
| | | | *Party represented:* | *cr* | *LoanCare, LLC* |

| 13 | mdc | 16-17189-mdc | Thomas R. and Donna L. Roslin | | |
| | | | *Party represented:* | *cr* | *LoanCare, LLC* |
| 13 | amc | 16-17250-amc | Amy L. McCaa | | |
| | | | *Party represented:* | *cr* | *HSBC Bank USA* |
| 13 | elf | 16-17346-elf | Tifany S Mitchell | | |
| | | | *Party represented:* | *cr* | *Pingora Loan Servicing Inc* |
| 13 | pmm | 16-17349-pmm | Joseph Sharga and Marian Sharga | | |
| | | | *Party represented:* | *cr* | *CIT Bank, N.A.* |
| 13 | mdc | 16-17689-mdc | Pierre D. Scutt | | |
| | | | *Party represented:* | *cr* | *FIFTH THIRD MORTGAGE COMPANY* |
| | | | *Party represented:* | *cr* | *Fifth Third Mortgage Company* |
| 13 | amc | 16-18037-amc | Tracey D. Grant | | |
| | | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | amc | 16-18326-amc | David G. Hamilton and Alexandra L. Hamilton | | |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC* |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC* |
| 13 | mdc | 16-18458-mdc | Bernadette J Torres | | |
| | | | *Party represented:* | *cr* | *CITIZENS BANK NA f/k/a RBS CITIZENS NA* |
| | | | *Party represented:* | *cr* | *Citizens Bank NA f/k/a RBS Citizens NA* |
| 13 | pmm | 16-18736-pmm | Rose Marie Klim | | |
| | | | *Party represented:* | *cr* | *CIT Bank, N.A.* |

| 13 | amc | 16-18741-amc | Madison Rowland |
|----|-----|--------------|----------------|
|    |     | *Party represented:* | *cr* | *CIT Bank, N.A.* |
| 13 | mdc | 16-18952-mdc | Lisa Williams |
|    |     | *Party represented:* | *cr* | *BANK OF AMERICA,N.A.* |
| 13 | pmm | 17-10024-pmm | Jesse M. Hydro, Sr. |
|    |     | *Party represented:* | *cr* | *Fulton Bank, N.A.* |
| 13 | mdc | 17-10220-mdc | Tammy Lee Burd |
|    |     | *Party represented:* | *cr* | *Specialized Loan Servicing LLC* |
| 13 | elf | 17-10232-elf | Steven D. Keller and Dina Marie Keller |
|    |     | *Party represented:* | *cr* | *Federal National Mortgage Association* |
| 13 | amc | 17-10698-amc | Joseph M Lewis, Jr. and Barbara Lewis |
|    |     | *Party represented:* | *cr* | *Matrix Financial Services Corporation* |
|    |     | *Party represented:* | *cr* | *Matrix Financial Services Corporation* |
| 13 | mdc | 17-10756-mdc | Todd A. Trice and Melissa Trice |
|    |     | *Party represented:* | *cr* | *BAYVIEW LOAN SERVICING, LLC* |
|    |     | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC, a Delaware Limited Liability Company* |
| 13 | amc | 17-10888-amc | Valerie R McDonald |
|    |     | *Party represented:* | *cr* | *KHF Lending, LLC* |
|    |     | *Party represented:* | *cr* | *M&T Bank* |
|    |     | *Party represented:* | *cr* | *M&T Bank* |

| 13 | mdc | 17-11199-mdc | Joseph L. Diss | | |
| | | | *Party represented:* | *cr* | *LoanCare, LLC* |
| | | | *Party represented:* | *cr* | *LoanCare, LLC* |
| | | | *Party represented:* | *cr* | *United Shore Financial Services, LLC d/b/a United Wholesale Mortgage* |
| | | | *Party represented:* | *cr* | *United Shore Financial Services, LLC d/b/a United Wholesale Mortgage* |
| 13 | amc | 17-11442-amc | Joanne N Pallas | | |
| | | | *Party represented:* | *cr* | *Firstrust Bank* |
| | | | *Party represented:* | *cr* | *Firstrust Bank* |
| 13 | elf | 17-12706-elf | Franchesca T. Yancey | | |
| | | | *Party represented:* | *cr* | *BAYVIEW LOAN SERVICING, LLC* |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC* |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC, a Delaware Limited Liability Company* |
| 13 | mdc | 17-13384-mdc | Marilyn M. Rice | | |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC* |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC, a Delaware Limited Liability Company* |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC, a Delaware Limited Liability Company* |
| | | | *Party represented:* | *cr* | *Community Loan Servicing, LLC* |

| 13 | elf | 17-13685-elf | Joanne Lias | | |
| | | | Party represented: | cr | *US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST* |
| 13 | mdc | 17-14037-mdc | Kendell Harris and Justin Silas Harris | | |
| | | | Party represented: | cr | *LakeView Loan Servicing, LLC* |
| | | | Party represented: | cr | *LakeView Loan Servicing, LLC* |
| 13 | amc | 17-14200-amc | Donna M Robinson | | |
| | | | Party represented: | cr | *LSF9 Master Participation Trust* |
| 13 | elf | 17-14342-elf | William J Carroll | | |
| | | | Party represented: | cr | *Federal National Mortgage Association (Fannie Mae)* |
| 13 | mdc | 17-14407-mdc | Mark A. Walls and Jacqueline Walls | | |
| | | | Party represented: | cr | *HPMC Solutions, LLC* |
| 13 | mdc | 17-14414-mdc | John G LaMarra, Jr. | | |
| | | | Party represented: | cr | *Caliber Home Loans, Inc.* |
| 13 | mdc | 17-14421-mdc | Maxie D. Miller | | |
| | | | Party represented: | cr | *BAYVIEW LOAN SERVICING, LLC* |
| 13 | mdc | 17-14575-mdc | Charles H. Mitchell, Jr. | | |
| | | | Party represented: | cr | *BAYVIEW LOAN SERVICING, LLC* |
| 13 | amc | 17-14600-amc | Adela Falquez | | |
| | | | Party represented: | cr | *LSF9 MASTER PARTICIPATION TRUST* |
| 13 | amc | 17-14609-amc | Aquetta Hamilton | | |
| | | | Party represented: | cr | *PENNYMAC LOAN SERVICES, LLC* |
| 13 | amc | 17-14729-amc | Jessenia M Lavin | | |
| | | | Party represented: | cr | *360 Mortgage Group, LLC* |

| 13 | mdc | 17-14786-mdc | Susan L. Boyle | | |
| | | | *Party represented:* | *cr* | *BANK OF AMERICA, N.A.* |

| 13 | amc | 17-14978-amc | Lauren O&#039;Leary | | |
| | | | *Party represented:* | *cr* | *Specialized Loan Servicing LLC* |
| | | | *Party represented:* | *cr* | *Specialized Loan Servicing, LLC* |

| 13 | amc | 17-15048-amc | Larry Harling | | |
| | | | *Party represented:* | *cr* | *CIT Bank, N.A.* |

| 13 | mdc | 17-15233-mdc | Sophia Loren Cecelia Shuler | | |
| | | | *Party represented:* | *cr* | *Navy Federal Credit Union* |
| | | | *Party represented:* | *cr* | *Navy Federal Credit Union* |

| 13 | mdc | 17-15238-mdc | Arnetha A. Reaves | | |
| | | | *Party represented:* | *cr* | *HSBC BANK USA, N.A.* |

| 13 | elf | 17-15329-elf | Michael Peter Moreni and Kathryn Ann Moreni | | |
| | | | *Party represented:* | *cr* | *Carrington Mortgage Services, LLC* |
| | | | *Party represented:* | *cr* | *Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2005-2* |

| 13 | elf | 17-15407-elf | James J McGilligan and Elizabeth A McGilligan | | |
| | | | *Party represented:* | *cr* | *Specialized Loan Servicing LLC* |

| 13 | amc | 17-15912-amc | Samuel J. Nicholson | | |
| | | | *Party represented:* | *cr* | *Philadelphia Federal Credit Union* |

| 13 | mdc | 17-15980-mdc | Felicia L Harrison | | |
| | | | *Party represented:* | *cr* | *PennyMac Loan Services, LLC* |

| 13 | pmm | 17-16056-pmm | Margaret H. and Berm... | | *cr* | *CIT Bank, N.A* |
| | | | *Party represented:* | | *cr* | *Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series I Trust* |
| | | | *Party represented:* | | | |

| 13 | elf | 17-16763-elf | Robert J. Waldron, Jr. | | | |
| | | | *Party represented:* | *cr* | *LoanCare, LLC* |

| 13 | amc | 17-16966-amc | John Horcher, Sr. | | | |
| | | | *Party represented:* | *cr* | *Navy Federal Credit Union* |

| 13 | elf | 17-16979-elf | Jason J. Cancel and Kimberly A. Cancel | | | |
| | | | *Party represented:* | *cr* | *Specialized Loan Servicing LLC* |

| 13 | mdc | 17-16980-mdc | Gordon Michael McMullan | | | |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC.* |
| | | | *Party represented:* | *cr* | *LAKEVIEW LOAN SERVICING, LLC* |
| | | | *Party represented:* | *cr* | *LakeView Loan Servicing, LLC,* |

| 13 | elf | 17-17130-elf | Ngoon Yin Lee | | | |
| | | | *Party represented:* | *cr* | *Firstrust Bank* |
| | | | *Party represented:* | *cr* | *Firstrust Bank* |

| 13 | mdc | 17-17247-mdc | Yvonne Coulter | | | |
| | | | *Party represented:* | *cr* | *Cenlar FSB* |

| 13 | amc | 17-17382-amc | Jason M. Lesko and Megan Alayna Gay-Lesko | | | |
| | | | *Party represented:* | *cr* | *Navy Federal Credit Union* |

| 13 | amc | 17-17799-amc | Hannah Li and Jimmie Student | | |
| | | | Party represented: | cr | *LakeView Loan Servicing, LLC* |
| | | | Party represented: | cr | *LakeView Loan Servicing, LLC,* |
| 13 | amc | 17-18057-amc | Brad Thomas Stauffer | | |
| | | | Party represented: | cr | *Fulton Bank, N.A.* |
| 13 | elf | 17-18123-elf | Denise A Guest and Ellison Guest | | |
| | | | Party represented: | cr | *Sun West Mortgage Company, Inc.* |
| 13 | pmm | 17-18171-pmm | Sandra L Allen | | |
| | | | Party represented: | cr | *Fulton Bank, N.A.* |
| 7 | pmm | 17-18258-pmm | Ashley Nicole Chicca | | |
| | | | Party represented: | cr | *CALIBER HOME LOANS, INC.* |
| 13 | amc | 17-18335-amc | Kim D Brew | | |
| | | | Party represented: | cr | *LakeView Loan Servicing, LLC* |
| 13 | elf | 17-18369-elf | Sidney H. Jones, IV | | |
| | | | Party represented: | cr | *Navy Federal Credit Union* |
| 13 | pmm | 17-18416-pmm | Richard J. Andrews and Audrey A. Andrews | | |
| | | | Party represented: | cr | *Lakeview Loan Servicing, LLC* |
| 13 | pmm | 18-10177-pmm | Kelly A Piehl | | |
| | | | Party represented: | cr | *LSF10 MASTER PARTICIPATION TRUST* |
| 13 | mdc | 18-10232-mdc | Edward J. Crohe and Jennifer C. Crohe | | |
| | | | Party represented: | cr | *Lakeview Loan Servicing, LLC as serviced by Community Loan Servicing, LLC* |
| 13 | pmm | 18-10431-pmm | Roy S. Benasaraf | | |
| | | | Party represented: | cr | *LoanCare, LLC* |

| 13 | mdc | 18-10832-mdc | Tina M. Traitz | |
| | | Party represented: | cr | Bayview Loan Servicing, LLC |
| | | Party represented: | cr | Community Loan Servicing, LLC |
| | | Party represented: | cr | Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC |
| 13 | pmm | 18-11068-pmm | Patty Ann Paules | |
| | | Party represented: | cr | Live Well Financial Inc |
| | | Party represented: | cr | Reverse Mortgage Funding LLC |
| 13 | elf | 18-11159-elf | Steven E Fraction and Rhonda L Fraction | |
| | | Party represented: | cr | Specialized Loan Servicing LLC |
| 13 | elf | 18-11419-elf | Joseph D Winkis and Kathleen K Winkis | |
| | | Party represented: | cr | CITIBANK, N.A. |
| 13 | mdc | 18-11549-mdc | Michael J. Wooden | |
| | | Party represented: | cr | Lakeview Loan Servicing, LLC |
| 13 | pmm | 18-11575-pmm | Daniel Ntow Mensah | |
| | | Party represented: | cr | Caliber Home Loans, Inc. |
| 13 | pmm | 18-11703-pmm | Keith E. Carson and Kathy Ann Carson | |
| | | Party represented: | cr | Fulton Bank NA |
| 13 | amc | 18-12083-amc | Jason Edward Lee and Vermena Lee | |
| | | Party represented: | cr | Navy Federal Credit Union |
| 13 | pmm | 18-12321-pmm | Carlos Javier Pacheco | |
| | | Party represented: | cr | CALIBER HOME LOANS, INC. |

| 13 | mdc | 18-12337-mdc | Jonathan Brooks | | |
| | | | Party represented: | cr | *LSF9 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer* |
| 13 | pmm | 18-13069-pmm | Donald J. Milton, Jr. and Brittni L. Milton | | |
| | | | Party represented: | cr | *Caliber Home Loans, Inc.* |
| 13 | elf | 18-13301-elf | Susan P Von Dollen | | |
| | | | Party represented: | cr | *PENNYMAC LOAN SERVICES, LLC* |
| 13 | mdc | 18-14829-mdc | Jason R Miller | | |
| | | | Party represented: | cr | *Fulton Bank, N.A.* |
| 13 | amc | 18-15188-amc | Tonya Elizabeth Fountaine | | |
| | | | Party represented: | cr | *American Advisors Group* |
| 13 | mdc | 18-15203-mdc | John William Pleasant | | |
| | | | Party represented: | cr | *Live Well Financial Inc.* |
| | | | Party represented: | cr | *Reverse Mortgage Funding, LLC* |
| 13 | pmm | 18-15313-pmm | Pauline Mary Randolph | | |
| | | | Party represented: | cr | *LSF9 Master Participation Trust* |
| 13 | pmm | 18-15544-pmm | Elyse Kernan | | |
| | | | Party represented: | cr | *Branch Banking Trust and Company* |
| 13 | amc | 18-15590-amc | Lori Kaupas and Mark G Kaupas | | |
| | | | Party represented: | cr | *Pingora Loan Servicing, LLC* |
| | | | Party represented: | cr | *Pingora Loan Servicing, LLC* |
| 13 | mdc | 18-15693-mdc | Charles Baxter, Sr. | | |
| | | | Party represented: | cr | *LAKEVIEW LOAN SERVICING* |

| 13 | mdc | 18-15693-mdc | Chapter 13 | | |
|----|-----|--------------|-----------|---|---|
| | | | *Party represented:* | *cr* | *LAKEVIEW LOAN SERVICING* |

| 13 | mdc | 18-15757-mdc | Tracie P Beltran and Jorge Beltran | | |
|----|-----|--------------|-----------|---|---|
| | | | *Party represented:* | *cr* | *PENNYMAC LOAN SERVICES, LLC* |

| 13 | mdc | 18-15884-mdc | Robin Ferebee | | |
|----|-----|--------------|-----------|---|---|
| | | | *Party represented:* | *cr* | *Municipal Employees Credit Union of Baltimore, Inc.* |
| | | | *Party represented:* | *cr* | *Municipal Employees Credit Union of Baltimore, Inc.* |

| 13 | elf | 18-15978-elf | Christopher J. Reardon | | |
|----|-----|--------------|-----------|---|---|
| | | | *Party represented:* | *cr* | *LAKEVIEW LOAN SERVICING* |

| 13 | mdc | 18-16369-mdc | Heather Ann Brash and Christopher John Brash | | |
|----|-----|--------------|-----------|---|---|
| | | | *Party represented:* | *cr* | *HSBC Bank USA, N.A.* |
| | | | *Party represented:* | *cr* | *HSBC Bank USA, N.A.* |

| 13 | amc | 18-16702-amc | Jerome Hopkins | | |
|----|-----|--------------|-----------|---|---|
| | | | *Party represented:* | *cr* | *Caliber Home Loans, Inc.* |

| 13 | elf | 18-16842-elf | Nathaniel H. Stowe, Jr. | | |
|----|-----|--------------|-----------|---|---|
| | | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| | | | *Party represented:* | *cr* | *Pacific Union Financial, LLC* |

| 13 | pmm | 18-17005-pmm | David T. Gangwer and Wendy J. Gangwer | | |
|----|-----|--------------|-----------|---|---|
| | | | *Party represented:* | *cr* | *Fifth Third Bank, National Association as Successor by Merger to MB Financial* |

| 13 | amc | 18-17213-amc | Briana Chantell Broxton-Wilder | | |
|----|-----|--------------|-----------|---|---|
| | | | *Party represented:* | *cr* | *CALIBER HOME LOANS, INC.* |

| 13 | mdc | 18-17258-mdc | Lawrence Ellis | | |
| | | | *Party represented:* | *cr* | *Navy Federal Credit Union* |
| 13 | pmm | 18-17530-pmm | Brian K. McPherson and Kelly A. McPherson | | |
| | | | *Party represented:* | *cr* | *Weichert Financial Services* |
| | | | *Party represented:* | *cr* | *Weichert Financial Services* |
| 13 | mdc | 18-17919-mdc | David Hutchinson Sergas | | |
| | | | *Party represented:* | *cr* | *Citizens Bank, N.A.* |
| | | | *Party represented:* | *cr* | *Citizens Bank, N.A.* |
| 13 | amc | 18-17982-amc | Joseph Robinson | | |
| | | | *Party represented:* | *cr* | *Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series 1 Trust* |
| 13 | pmm | 18-18005-pmm | Dennis L. Zerby | | |
| | | | *Party represented:* | *cr* | *Ocwen Loan Servicing* |
| 13 | amc | 18-18033-amc | Joseph P. Griffis and Lauren N. Griffis | | |
| | | | *Party represented:* | *cr* | *PENNYMAC LOAN SERVICES, LLC* |
| 13 | elf | 18-18175-elf | Felix Charles | | |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC.* |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC.* |
| 13 | elf | 18-18489-elf | Angela T Panusky | | |
| | | | *Party represented:* | *cr* | *Navy Federal CU* |
| | | | *Party represented:* | *cr* | *Navy Federal Credit Union* |

| | mdc | 19-00163-mdc | Ano... 11-11184-mdc et... | | | |
|---|---|---|---|---|---|---|
| | | | *Party represented:* | *cr* | | *Caliber Home Loans, Inc.* |
| 13 | elf | 19-10154-elf | Wayne Leslie Horn and Sharon Lee Horn | | | |
| | | | *Party represented:* | *cr* | | *TIAA, FSB* |
| | | | *Party represented:* | *cr* | | *TIAA, FSB* |
| 7 | mdc | 19-10210-mdc | American Rose 2900, Inc. | | | |
| | | | *Party represented:* | *cr* | | *Bank of America, N.A.* |
| 13 | pmm | 19-10345-pmm | Joseph A. Perrucci and Crystal L. Perrucci | | | |
| | | | *Party represented:* | *cr* | | *Fulton Bank, N.A.* |
| | | | *Party represented:* | *cr* | | *Fulton Bank, N.A.* |
| 13 | mdc | 19-10548-mdc | Vernon D. Ackridge | | | |
| | | | *Party represented:* | *cr* | | *EverBank* |
| | | | *Party represented:* | *cr* | | *TIAA, FSB* |
| | | | *Party represented:* | *cr* | | *TIAA, FSB* |
| | | | *Party represented:* | *cr* | | *TIAA, FSB d/b/a TIAA Bank f/k/a EverBank* |
| 13 | pmm | 19-10606-pmm | Iryne Carrasquillo | | | |
| | | | *Party represented:* | *cr* | | *Lakeview Loan Servicing, LLC.* |
| 13 | elf | 19-10758-elf | Marcie A. Dover | | | |
| | | | *Party represented:* | *cr* | | *State Farm Bank* |
| | | | *Party represented:* | *cr* | | *State Farm Bank* |

| 13 | mdc | 19-10814-mdc | Robert W. Ulmer |
| | | | *Party represented:* | *cr* | *Carrington Mortgage Services, LLC* |

| 13 | elf | 19-10852-elf | Phyilica E. Marshall |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC.* |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC.* |

| 13 | mdc | 19-10968-mdc | Kenny Marcelin |
| | | | *Party represented:* | *cr* | *Navy Federal CU* |
| | | | *Party represented:* | *cr* | *Navy Federal CU* |
| | | | *Party represented:* | *cr* | *Navy Federal Credit Union* |

| 13 | amc | 19-11124-amc | Allan Rell and Phyllis Y Rell |
| | | | *Party represented:* | *cr* | *LSF10 Master Participation Trust* |
| | | | *Party represented:* | *cr* | *Liberty Home Equity Solutions, Inc.* |
| | | | *Party represented:* | *cr* | *Liberty Home Equity Solutions, Inc.* |

| 13 | amc | 19-11241-amc | Jonathan Boyer |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC* |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC* |

| 13 | pmm | 19-11257-pmm | Bradley L. Alexander |
| | | | *Party represented:* | *cr* | *Cenlar, FSB as servicer for Texas Capital Bank, N.A.* |
| | | | *Party represented:* | *cr* | *Texas Capital Bank, N.A.* |

| 13 | pmm | 19-11257-pmm | Braden M. Jones | | *Texas Capital Bank, N.A.* |
| | | | Party represented: | cr | |

| 13 | pmm | 19-11362-pmm | Christine Nelson | | |
| | | | Party represented: | cr | *CITIZENS BANK NA f/k/a RBS CITIZENS NA* |
| | | | Party represented: | cr | *CITIZENS BANK NA f/k/a RBS CITIZENS NA* |
| | | | Party represented: | cr | *Citizens Bank, N.A.* |
| | | | Party represented: | cr | *Citizens Bank, N.A.* |

| 13 | elf | 19-11386-elf | Robert A. LaRosa | | |
| | | | Party represented: | cr | *THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME* |

| 13 | amc | 19-11536-amc | Maxine McCleary | | |
| | | | Party represented: | cr | *PENNYMAC LOAN SERVICES, LLC* |

| 11 | pmm | 19-11598-pmm | James M. Amor | | |
| | | | Party represented: | cr | *TRUIST BANK* |

| 13 | amc | 19-11602-amc | Adeline M. Grady | | |
| | | | Party represented: | cr | *Borough of Pottstown and Pottstown School District* |
| | | | Party represented: | cr | *Live Well Financial, Inc.* |
| | | | Party represented: | cr | *MONTGOMERY COUNTY TAX CLAIM BUREAU* |
| | | | Party represented: | cr | *WILMINGTON SAVINGS FUND SOCIETY, FSB, not individually but solely as trustee for FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2019-HB1* |

| 13 | pmm | 19-11614-pmm | Rachel A. Brown | | |
| | | | *Party represented:* | *cr* | *Truist Bank f/k/a Branch Banking and Trust* |
| | | | *Party represented:* | *cr* | *Truist Bank f/k/a Branch Banking and Trust* |
| 13 | elf | 19-11718-elf | Morgan Brown, Jr | | |
| | | | *Party represented:* | *cr* | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC* |
| | | | *Party represented:* | *cr* | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC* |
| 13 | pmm | 19-12044-pmm | Katrina Dillman | | |
| | | | *Party represented:* | *cr* | *FULTON BANK NA* |
| 13 | amc | 19-12090-amc | Shaheedah Saalim | | |
| | | | *Party represented:* | *cr* | *The Bryn Mawr Trust Company* |
| | | | *Party represented:* | *cr* | *The Bryn Mawr Trust Company* |
| 13 | mdc | 19-12250-mdc | Gordon Goehler and Catherine Goehler | | |
| | | | *Party represented:* | *cr* | *Reverse Mortgage Funding, LLC* |
| 13 | pmm | 19-12255-pmm | Nicole Marie Nemeth | | |
| | | | *Party represented:* | *cr* | *LOANCARE, LLC* |
| | | | *Party represented:* | *cr* | *LOANCARE, LLC* |
| 13 | elf | 19-12256-elf | Lamarcus R Smith | | |
| | | | *Party represented:* | *cr* | *CITIMORTGAGE, INC.* |
| | | | *Party represented:* | *cr* | *Cenlar FSB As Servicer For Citimortgage, INC.* |
| | | | *Party represented:* | *cr* | *CitiMortgage, Inc.* |

| 13 | amc | 19-12262-amc | Ruth Mathieu-Alce | | |
| | | | *Party represented:* | *cr* | *Village Capital & Investment, LLC* |
| 13 | amc | 19-12276-amc | Jeffrey T. Presley | | |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC* |
| 13 | elf | 19-12317-elf | David Miller | | |
| | | | *Party represented:* | *cr* | *Sun East Federal Credit Union* |
| | | | *Party represented:* | *cr* | *Sun East Federal Credit Union* |
| 13 | amc | 19-12544-amc | Catherine Cunningham | | |
| | | | *Party represented:* | *cr* | *Finance of America Reverse, LLC* |
| 13 | elf | 19-12588-elf | Hadia A Ahmed | | |
| | | | *Party represented:* | *cr* | *LOANCARE, LLC* |
| | | | *Party represented:* | *cr* | *LoanCare, LLC* |
| 13 | pmm | 19-12721-pmm | Diane Lynn Gordian | | |
| | | | *Party represented:* | *cr* | *Village Capital & Investment, LLC* |
| | | | *Party represented:* | *cr* | *Village Capital & Investment, LLC* |
| 13 | pmm | 19-13004-pmm | Anthony M. Reduzzi and Stephanie A. Reduzzi | | |
| | | | *Party represented:* | *cr* | *FULTON BANK, N.A.* |
| | | | *Party represented:* | *cr* | *FULTON BANK, N.A.* |
| | | | *Party represented:* | *cr* | *Fulton Bank, N.A.* |
| | | | *Party represented:* | *cr* | *Lafayette Ambassador Bank* |

| 13 | pmm | 19-13004-pmm | Anthony Richard and Stephanie Ruzzi |
|----|-----|--------------|-------------------------------------|
| | | | *Party represented:* | *cr* | *Lafayette Ambassador Bank* |

| 13 | pmm | 19-13105-pmm | Joseph R. Gianato and Rosemary J. Gianato |
|----|-----|--------------|-------------------------------------------|
| | | | *Party represented:* | *cr* | *Fifth Third Bank as Successor by Merger to MB Financial* |
| | | | *Party represented:* | *cr* | *Fifth Third Bank as Successor by Merger to MB, Financial or its Successor or Assignee* |
| | | | *Party represented:* | *cr* | *Fifth Third Bank, National Association* |
| | | | *Party represented:* | *cr* | *Fifth Third Bank, National Association as successor by merger to MB Financial* |

| 13 | pmm | 19-13177-pmm | Andrea J Woodall |
|----|-----|--------------|------------------|
| | | | *Party represented:* | *cr* | *FULTON BANK, N.A.* |
| | | | *Party represented:* | *cr* | *Fulton Bank, N.A.* |
| | | | *Party represented:* | *cr* | *Fulton Bank, N.A.* |

| 13 | elf | 19-13186-elf | William S Smith and Suzann Smith |
|----|-----|--------------|----------------------------------|
| | | | *Party represented:* | *cr* | *Pingora Loan Servicing, LLC* |
| | | | *Party represented:* | *cr* | *Pingora Loan Servicing, LLC* |

| 13 | pmm | 19-13450-pmm | Kathleen Theresa Pintabone |
|----|-----|--------------|----------------------------|
| | | | *Party represented:* | *cr* | *LoanCare, LLC as servicer for Stearns Lending, LLC* |
| | | | *Party represented:* | *cr* | *LoanCare, LLC as servicer for Stearns Lending, LLC* |
| | | | *Party represented:* | *cr* | *Stearns Lending, LLC* |

| 13 | pmm | 19-13450-pmm | Kathleen L. Archacki |  |  |
|----|-----|--------------|----------------------|----|----|
|    |     | *Party represented:* | *cr* | *Stearns Lending, LLC* |

| 13 | mdc | 19-13498-mdc | Cindy C Nevling |  |  |
|----|-----|--------------|-----------------|----|----|
|    |     | *Party represented:* | *cr* | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC* |
|    |     | *Party represented:* | *cr* | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC* |

| 13 | elf | 19-13506-elf | Bryant Lee Phillips |  |  |
|----|-----|--------------|---------------------|----|----|
|    |     | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC, as servicer for Federal National Mortgage Association* |
|    |     | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC, as servicer for Federal National Mortgage Association* |

| 13 | elf | 19-13567-elf | Maureen E Marrone |  |  |
|----|-----|--------------|-------------------|----|----|
|    |     | *Party represented:* | *cr* | *CALIBER HOME LOANS, INC.* |

| 13 | amc | 19-13609-amc | Danielle Gallagher and William Gallagher |  |  |
|----|-----|--------------|------------------------------------------|----|----|
|    |     | *Party represented:* | *cr* | *PennyMac Loan Services, LLC* |

| 13 | amc | 19-13776-amc | Priscilla Ann Bailey |  |  |
|----|-----|--------------|----------------------|----|----|
|    |     | *Party represented:* | *cr* | *BANK OF AMERICA, N.A.* |

| 13 | pmm | 19-13924-pmm | Justin W. Montgomery and Jayne Montgomery |  |  |
|----|-----|--------------|-------------------------------------------|----|----|
|    |     | *Party represented:* | *cr* | *1st Alliance Lending, LLC* |
|    |     | *Party represented:* | *cr* | *LoanCare, LLC as servicer for 1st Alliance Lending, LLC* |
|    |     | *Party represented:* | *cr* | *THE MONEY SOURCE INC.* |

| 13 | elf | 19-14018-elf | Tracey L. Gatte |  |  |
|----|-----|--------------|-----------------|----|----|
|    |     | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |

| 13 | elf | 19-14018-elf | Trustee Gilbert |
|----|-----|--------------|-----------------|
| | | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| | | | *Party represented:* | *cr* | *U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust* |
| | | | *Party represented:* | *cr* | *U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust* |

| 13 | amc | 19-14201-amc | Michelle R. Minch |
|----|-----|--------------|-------------------|
| | | | *Party represented:* | *cr* | *Caliber Home Loans, INC.* |

| 13 | mdc | 19-14305-mdc | Sandra L. Hudson |
|----|-----|--------------|------------------|
| | | | *Party represented:* | *cr* | *American Advisors Group* |
| | | | *Party represented:* | *cr* | *American Advisors Group* |

| 13 | pmm | 19-14663-pmm | Stephen William Zych |
|----|-----|--------------|----------------------|
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC* |
| | | | *Party represented:* | *cr* | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC* |
| | | | *Party represented:* | *cr* | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC* |

| 13 | mdc | 19-14691-mdc | Nina Haining Jiang |
|----|-----|--------------|--------------------|
| | | | *Party represented:* | *cr* | *CitiMortgage, Inc.* |

| 13 | amc | 19-14717-amc | Anibal Calle |
|----|-----|--------------|--------------|
| | | | *Party represented:* | *cr* | *THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-J12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-J12* |

| | | | *Party represented:* | *cr* | *THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-J12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-J12* |
|---|---|---|---|---|---|
| 13 | amc | 19-14769-amc | Felicia Dockery | | |
| | | | *Party represented:* | *cr* | *Caliber Home Loans, INC* |
| 13 | amc | 19-14790-amc | Suzanne Drake | | |
| | | | *Party represented:* | *cr* | *LoanCare, LLC* |
| 13 | mdc | 19-14854-mdc | Ryan Liguori Todt | | |
| | | | *Party represented:* | *cr* | *CITIZENS BANK NA f/k/a RBS CITIZENS NA* |
| | | | *Party represented:* | *cr* | *CITIZENS BANK NA f/k/a RBS CITIZENS NA* |
| 13 | mdc | 19-14899-mdc | David R. Tyler | | |
| | | | *Party represented:* | *cr* | *Citizens Bank of PA* |
| | | | *Party represented:* | *cr* | *Citizens Bank of Pennsylvania* |
| | | | *Party represented:* | *cr* | *Citizens Bank, N.A.* |
| 13 | elf | 19-15139-elf | Yolanda Caraballo | | |
| | | | *Party represented:* | *cr* | *TIAA, FSB, FORMERLY KNOWN AS EVERBANK* |
| 13 | amc | 19-15142-amc | Belinda Marie Crawley | | |
| | | | *Party represented:* | *cr* | *LSRMF MH Master Participation Trust II* |
| | | | *Party represented:* | *cr* | *LSRMF MH Master Participation Trust II* |
| 13 | amc | 19-15256-amc | Michael J. Laffredo | | |
| | | | *Party represented:* | *cr* | *Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1* |

| 13 | elf | 19-15319-elf | Samuel Miller | | |
| | | | Party represented: | cr | *FLAGSTAR BANK, FSB* |
| | | | Party represented: | cr | *Flagstar Bank, FSB* |
| 13 | mdc | 19-15487-mdc | Nancy C. Rudolph | | |
| | | | Party represented: | cr | *Lakeview Loan Servicing, LLC* |
| | | | Party represented: | cr | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC.* |
| 13 | mdc | 19-15605-mdc | Joyce Shaw and Quiencey Shaw | | |
| | | | Party represented: | cr | *Flagstar Bank, FSB* |
| | | | Party represented: | cr | *Flagstar Bank, FSB* |
| 13 | mdc | 19-15660-mdc | Loretta Prather | | |
| | | | Party represented: | cr | *Reverse Mortgage Funding LLC* |
| 13 | mdc | 19-15790-mdc | Charles A Mann, III and Maria Teresa Mann | | |
| | | | Party represented: | cr | *Bank of America, N.A.* |
| 13 | amc | 19-16105-amc | Jenna Shomo | | |
| | | | Party represented: | cr | *Citizens Bank, N.A. f/k/a RBS Citizens N.A.* |
| | | | Party represented: | cr | *Citizens Bank, N.A. f/k/a RBS Citizens N.A.* |
| 13 | pmm | 19-16220-pmm | Hector Diaz | | |
| | | | Party represented: | cr | *Home Point Financial Corporation* |
| 13 | amc | 19-16260-amc | John Leone | | |
| | | | Party represented: | cr | *LAKEVIEW LOAN SERVICING, LLC* |
| | | | Party represented: | cr | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC.* |

| 13 | amc | 19-16260-amc | John Tran | | |
| | | | *Party represented:* | *cr* | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC.* |
| 13 | amc | 19-16323-amc | Ruth Etienne | | |
| | | | *Party represented:* | *cr* | *BANK OF AMERICA, N.A.* |
| 13 | mdc | 19-16384-mdc | MD Z. Ahmed | | |
| | | | *Party represented:* | *cr* | *PENNYMAC LOAN SERVICES, LLC* |
| 13 | pmm | 19-16461-pmm | Christina Moyer | | |
| | | | *Party represented:* | *cr* | *Fulton Bank, N.A* |
| 13 | elf | 19-16527-elf | Angela Jeneen Alston-Roberts | | |
| | | | *Party represented:* | *cr* | *BANK OF AMERICA, N.A.* |
| | | | *Party represented:* | *cr* | *BANK OF AMERICA, N.A.* |
| 13 | mdc | 19-16594-mdc | Robert L. Wittman, Jr. | | |
| | | | *Party represented:* | *cr* | *Pingora Loan Servicing, LLC* |
| 13 | elf | 19-16657-elf | Madelyn C. Gaw | | |
| | | | *Party represented:* | *cr* | *RMK Financial Corp. D/B/A Majestic Home Loan* |
| | | | *Party represented:* | *cr* | *RMK Financial Corp. D/B/A Majestic Home Loan* |
| 13 | amc | 19-16694-amc | Philip C. Falcone | | |
| | | | *Party represented:* | *cr* | *LoanDepot.com, LLC* |
| | | | *Party represented:* | *cr* | *LoanDepot.com, LLC* |
| 13 | pmm | 19-16731-pmm | Linda Kathleen Camuso and Edward Achillie Camuso | | |
| | | | *Party represented:* | *cr* | *BANK OF AMERICA, N.A.* |

| 13 | mdc | 19-16736-mdc | Michael Wright and Fred S. Wright |
|----|-----|--------------|-----------------------------------|

    *Party represented:*     *cr*         *AmeriHome Mortgage Company, LLC*

    *Party represented:*     *cr*         *AmeriHome Mortgage Company, LLC*

| 13 | mdc | 19-16765-mdc | Claudia A. Nesmith |
|----|-----|--------------|--------------------|

    *Party represented:*     *cr*         *PHH Loan Servicing*

| 13 | amc | 19-16776-amc | Asia M. Keomanivanh |
|----|-----|--------------|---------------------|

    *Party represented:*     *cr*         *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC*

    *Party represented:*     *cr*         *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC*

| 13 | amc | 19-16905-amc | Craig R. Hechler and Joanne K. Hechler |
|----|-----|--------------|----------------------------------------|

    *Party represented:*     *cr*         *CALIBER HOME LOANS, INC.*

    *Party represented:*     *cr*         *CALIBER HOME LOANS, INC.*

| 13 | mdc | 19-16906-mdc | Jose Cruz |
|----|-----|--------------|-----------|

    *Party represented:*     *cr*         *CMG Mortgage, Inc.*

    *Party represented:*     *cr*         *CMG Mortgage, Inc.*

| 13 | elf | 19-17065-elf | John J Liberty and Michelle A Liberty |
|----|-----|--------------|---------------------------------------|

    *Party represented:*     *cr*         *CALIBER HOME LOANS, INC.*

    *Party represented:*     *cr*         *CALIBER HOME LOANS, INC.*

| 13 | pmm | 19-17070-pmm | Antonino Giandomenico |
|----|-----|--------------|-----------------------|

    *Party represented:*     *cr*         *LoanCare, LLC*

| 13 | amc | 19-17158-amc | Geoffrey Phillip Ostrowski |
|----|-----|--------------|----------------------------|

    *Party represented:*     *cr*         *CITIZENS BANK NA f/k/a RBS CITIZENS NA*

| 13 | amc | 19-17158-amc | George T. Vickers |
|----|-----|--------------|-------------------|
| | | Party represented: | *cr* | *CITIZENS BANK NA f/k/a RBS CITIZENS NA* |

| 13 | pmm | 19-17178-pmm | Richard T. Earhart, Jr. |
|----|-----|--------------|-------------------------|
| | | Party represented: | *cr* | *LSF9 MASTER PARTICIPATION TRUST* |
| | | Party represented: | *cr* | *LSF9 Master Participation Trust* |

| 13 | pmm | 19-17197-pmm | Sean Jenkins |
|----|-----|--------------|--------------|
| | | Party represented: | *cr* | *American Neighborhood Mortgage Acceptance Company, LLC* |
| | | Party represented: | *cr* | *American Neighborhood Mortgage Acceptance Company, LLC* |

| 13 | pmm | 19-17262-pmm | Michael Steven Johnson and Jamie Shiner Johnson |
|----|-----|--------------|-------------------------------------------------|
| | | Party represented: | *cr* | *CALIBER HOME LOANS, INC.* |
| | | Party represented: | *cr* | *CALIBER HOME LOANS, INC.* |

| 13 | mdc | 19-17364-mdc | John A Campbell |
|----|-----|--------------|-----------------|
| | | Party represented: | *cr* | *MATRIX FINANCIAL SERVICES CORP.* |

| 13 | elf | 19-17561-elf | Kareem T. Lawrence, Sr. |
|----|-----|--------------|-------------------------|
| | | Party represented: | *cr* | *Mid America Mortgage, LLC* |
| | | Party represented: | *cr* | *Mid America Mortgage, LLC* |

| 13 | amc | 19-17672-amc | Terrance Waller |
|----|-----|--------------|-----------------|
| | | Party represented: | *cr* | *Carrington Mortgage Services, LLC* |

| 13 | elf | 19-17720-elf | Jerard M. Johnson |
|----|-----|--------------|-------------------|
| | | Party represented: | *cr* | *Flagstar Bank, FSB as servicer for Pingora Loan Servicing, LLC* |
| | | Party represented: | *cr* | *Flagstar Bank, FSB as servicer for Pingora Loan Servicing, LLC* |

| 13 | elf | 19-17720-elf | Jerome J. Dias | |
| | | Party represented: | cr | PINGORA LOAN SERVICING, LLC |
| | | Party represented: | cr | PINGORA LOAN SERVICING, LLC |

| 13 | elf | 19-17738-elf | Joseph A Panebianco | |
| | | Party represented: | cr | Finance of America Reverse LLC |
| | | Party represented: | cr | WILMINGTON SAVINGS FUND SOCIETY, FSB, as trustee of FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2018-HB1 |

| 13 | amc | 19-17816-amc | Timothy W. Brisbane | |
| | | Party represented: | cr | PENNYMAC LOAN SERVICES, LLC |
| | | Party represented: | cr | PennyMac Loan Services, LLC |
| | | Party represented: | cr | PennyMac Loan Services, LLC |

| 13 | pmm | 19-17884-pmm | Peter M. Soulidis | |
| | | Party represented: | cr | Fulton Bank, N.A. |

| 13 | amc | 19-17965-amc | Evelyne Apollon | |
| | | Party represented: | cr | Citizens Bank of PA |
| | | Party represented: | cr | Citizens Bank of PA |

| 13 | pmm | 19-18021-pmm | Scott A. Guinther and Marcia A. Guinther | |
| | | Party represented: | cr | Caliber Home Loans, Inc. |

| 13 | amc | 20-10038-amc | Tiffany L. Dudley | |
| | | Party represented: | cr | Home Point Financial Corporation |

| 13 | elf | 20-10102-elf | Magaela Lee | | |
| | | | *Party represented:* | *cr* | *Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series I Trust* |
| | | | *Party represented:* | *cr* | *Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series I Trust* |
| 13 | pmm | 20-10106-pmm | Tizsa Marie Mink | | |
| | | | *Party represented:* | *cr* | *Caliber Home Loans, Inc.* |
| | | | *Party represented:* | *cr* | *Caliber Home Loans, Inc.* |
| 13 | mdc | 20-10148-mdc | Gary T Chiazza | | |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC* |
| | | | *Party represented:* | *cr* | *Community Loan Servicing, LLC* |
| 13 | elf | 20-10263-elf | Bernice W Ross and Rodney Ross | | |
| | | | *Party represented:* | *cr* | *LoanDepot.com, LLC* |
| 13 | pmm | 20-10283-pmm | Glenn E. Miller | | |
| | | | *Party represented:* | *cr* | *LSF11 Master Participation Trust* |
| | | | *Party represented:* | *cr* | *U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust's* |
| 13 | elf | 20-10295-elf | Gale C. Bonacci | | |
| | | | *Party represented:* | *cr* | *NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER* |
| | | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | pmm | 20-10356-pmm | Alfred G. Khallouf and Elsi G. Khallouf | | |
| | | | *Party represented:* | *cr* | *PENNYMAC LOAN SERVICES, LLC* |

| 13 | pmm | 20-10356-pmm | Alberta Kuhl-Ingram Kucinski |
|----|-----|--------------|------------------------------|
| | | *Party represented:* | *cr* | *Pennymac Loan Services, LLC* |

| 13 | amc | 20-10357-amc | Terrace Daniels |
|----|-----|--------------|-----------------|
| | | *Party represented:* | *cr* | *Cenlar, FSB as servicer for LoanDepot.com, LLC* |
| | | *Party represented:* | *cr* | *LoanDepot.com, LLC* |

| 13 | pmm | 20-10376-pmm | Nicole Ruth Howell |
|----|-----|--------------|--------------------|
| | | *Party represented:* | *cr* | *BANK OF AMERICA, N.A.* |

| 13 | pmm | 20-10381-pmm | Giselle Lewis-Mcgregor |
|----|-----|--------------|------------------------|
| | | *Party represented:* | *cr* | *Caliber Home Loans, Inc.* |
| | | *Party represented:* | *cr* | *Caliber Home Loans, Inc.* |

| 13 | pmm | 20-10431-pmm | Dianne Sharon Heyer |
|----|-----|--------------|---------------------|
| | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC, a Delaware Limited Liability Company* |

| 13 | mdc | 20-10436-mdc | Shoshanna Cheeseboro |
|----|-----|--------------|----------------------|
| | | *Party represented:* | *cr* | *CITIZENS BK OF PENNSYLVANIA* |
| | | *Party represented:* | *cr* | *Citizens Bank of Pennsylvania* |

| 13 | mdc | 20-10543-mdc | Lorna Majetta Rose |
|----|-----|--------------|--------------------|
| | | *Party represented:* | *cr* | *Flagstar Bank, FSB* |

| 13 | elf | 20-10679-elf | Shanita D. Outing |
|----|-----|--------------|-------------------|
| | | *Party represented:* | *cr* | *American Advisors Group* |

| 13 | amc | 20-10689-amc | Francis Lee |
|----|-----|--------------|-------------|
| | | *Party represented:* | *cr* | *LSF9 Master Participation Trust* |

| 13 | amc | 20-10689-amc | Francine J. |
|----|-----|--------------|-------------|

*Party represented:*      *cr*      *LSF9 Master Participation Trust*

| 13 | mdc | 20-10717-mdc | Leslie Cooper |
|----|-----|--------------|---------------|

*Party represented:*      *cr*      *Reverse Mortgage Funding LLC*

*Party represented:*      *cr*      *Reverse Mortgage Funding LLC*

| 13 | amc | 20-10742-amc | Bruce E. Caulder |
|----|-----|--------------|------------------|

*Party represented:*      *cr*      *PennyMac Loan Services, LLC*

| 13 | amc | 20-10779-amc | Katerra Snead-Jenerette |
|----|-----|--------------|-------------------------|

*Party represented:*      *cr*      *BANK OF AMERICA, N.A.*

*Party represented:*      *cr*      *BANK OF AMERICA, N.A.*

| 13 | pmm | 20-10784-pmm | Anastasia Netrebov |
|----|-----|--------------|--------------------|

*Party represented:*      *cr*      *FLAGSTAR BANK, FSB*

*Party represented:*      *cr*      *Lakeview Loan Servicing, LLC*

| 13 | amc | 20-10789-amc | Scott W. Kelley and Amy J. Kelley |
|----|-----|--------------|-----------------------------------|

*Party represented:*      *cr*      *THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-33CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-33CB*

*Party represented:*      *cr*      *THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-33CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-33CB*

| 13 | amc | 20-10799-amc | Kevin M Bove |
|----|-----|--------------|--------------|

*Party represented:*      *cr*      *Navy Federal Credit Union*

| 13 | amc | 20-10799-amc | Keisha B. | | |
| | | | *Party represented:* | *cr* | *Navy Federal Credit Union* |

| 13 | elf | 20-10930-elf | Keisha Marshall | | |
| | | | *Party represented:* | *cr* | *American Financial Resources, Inc., a New Jersey Corporation* |
| | | | *Party represented:* | *cr* | *American Financial Resources, Inc., a New Jersey Corporation* |

| 13 | amc | 20-11120-amc | Dennis Dela Cruz Fabian | | |
| | | | *Party represented:* | *cr* | *Weichert Financial Services* |
| | | | *Party represented:* | *cr* | *Weichert Financial Services* |

| 13 | mdc | 20-11161-mdc | Edward V. Weis | | |
| | | | *Party represented:* | *cr* | *Pennymac Loan Services, LLC* |
| | | | *Party represented:* | *cr* | *Pennymac Loan Services, LLC* |

| 13 | amc | 20-11181-amc | Eric J Von Holtum and Catherine A Von Holtum | | |
| | | | *Party represented:* | *cr* | *PENNYMAC LOAN SERVICES, LLC* |

| 13 | amc | 20-11233-amc | Christopher M. Graney | | |
| | | | *Party represented:* | *cr* | *CITIZENS BANK NA f/k/a RBS CITIZENS NA* |
| | | | *Party represented:* | *cr* | *CITIZENS BANK NA f/k/a RBS CITIZENS NA* |

| 13 | amc | 20-11348-amc | Paul W Winter, Jr | | |
| | | | *Party represented:* | *cr* | *Fay Servicing, LLC* |
| | | | *Party represented:* | *cr* | *LSF9 Master Participation Trust* |
| | | | *Party represented:* | *cr* | *LSF9 Master Participation Trust* |

| 13 | amc | 20-11348-amc | Paul Wilson, Jr. | | |
| | | | *Party represented:* | *cr* | *LSF9 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer* |
| 13 | pmm | 20-11367-pmm | Alycia Tosado | | |
| | | | *Party represented:* | *cr* | *American Neighborhood Mortgage Acceptance Company, LLC* |
| | | | *Party represented:* | *cr* | *American Neighborhood Mortgage Acceptance Company, LLC* |
| 13 | pmm | 20-11435-pmm | Dennis Allen Biechy and Nancy Lillian Biechy | | |
| | | | *Party represented:* | *cr* | *LoanCare, LLC* |
| 13 | mdc | 20-11457-mdc | Walter Hudson and Charlene Hudson | | |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC* |
| | | | *Party represented:* | *cr* | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC* |
| 13 | amc | 20-11543-amc | Douglas Edward Tranter, Jr. | | |
| | | | *Party represented:* | *cr* | *FIFTH THIRD BANK* |
| 13 | elf | 20-11552-elf | Dean M. Maria, Jr. and Jill M. Maria | | |
| | | | *Party represented:* | *cr* | *Loancare, LLC* |
| 13 | pmm | 20-11657-pmm | Janis M. Riccardelli | | |
| | | | *Party represented:* | *cr* | *HomeBridge Financial Services, Inc.* |
| | | | *Party represented:* | *cr* | *HomeBridge Financial Services, Inc.* |
| 13 | amc | 20-11667-amc | Walter M. Perdue, Jr. | | |
| | | | *Party represented:* | *cr* | *LSF9 Master Participation Trust* |
| | | | *Party represented:* | *cr* | *LSF9 Master Participation Trust* |

| 13 | amc | 20-11807-amc | Travis Brooks | | |
| | | | Party represented: | cr | *Lakeview Loan Servicing, LLC* |
| | | | Party represented: | cr | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC* |
| | | | Party represented: | cr | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC* |
| 13 | amc | 20-11882-amc | Ivan Guzman | | |
| | | | Party represented: | cr | *CITIZENS BANK NA f/k/a RBS CITIZENS NA* |
| | | | Party represented: | cr | *CITIZENS BANK NA f/k/a RBS CITIZENS NA* |
| 13 | mdc | 20-12017-mdc | Roosevelt Crapps, Jr. | | |
| | | | Party represented: | cr | *Firstrust Bank* |
| 13 | mdc | 20-12061-mdc | Robert J Kirkner and Anna M Kirkner | | |
| | | | Party represented: | cr | *Navy Federal Credit Union* |
| 13 | pmm | 20-12128-pmm | Gregory Scott Long and Laura Marie Long | | |
| | | | Party represented: | cr | *Lakeview Loan Servicing LLC* |
| | | | Party represented: | cr | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC* |
| 11 | pmm | 20-12166-pmm | Yoan Henriquez | | |
| | | | Party represented: | cr | *Pingora Loan Servicing, LLC* |
| 13 | pmm | 20-12189-pmm | Victoria Louise Santangelo | | |
| | | | Party represented: | cr | *Fulton Bank, N.A.* |
| 13 | pmm | 20-12212-pmm | Thomas J. Beam and Kelly L. Beam | | |
| | | | Party represented: | cr | *AmeriHome Mortgage Company, LLC* |
| | | | Party represented: | cr | *AmeriHome Mortgage Company, LLC* |

| 13 | mdc | 20-12276-mdc | Leonard S. Bergman and Michele J. Bergman | | |
| | | | *Party represented:* | *cr* | *Finance of America Reverse LLC* |
| 13 | amc | 20-12307-amc | Carnell Andrew Jefferson | | |
| | | | *Party represented:* | *cr* | *LSF9 Master Participation Trust* |
| | | | *Party represented:* | *cr* | *LSF9 Master Participation Trust* |
| 13 | amc | 20-12419-amc | Regina P Wilson | | |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC, A Delaware Limited Liability Company* |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, a Delaware Limited Liability Company* |
| | | | *Party represented:* | *cr* | *COMMUNITY LOAN SERVICING, LLC* |
| 13 | pmm | 20-12519-pmm | Bryan Paul Smith | | |
| | | | *Party represented:* | *cr* | *LSF11 Master Participation Trust* |
| | | | *Party represented:* | *cr* | *U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF11 Master Participation Trust* |
| 13 | mdc | 20-12564-mdc | Willie B. Hunter, Sr. | | |
| | | | *Party represented:* | *cr* | *Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series I Trust* |
| 13 | amc | 20-12578-amc | Leslie Robert Dorf | | |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC* |
| | | | *Party represented:* | *cr* | *Bayview Loan Servicing, LLC, a Delaware Limited Liability Company* |
| | | | *Party represented:* | *cr* | *COMMUNITY LOAN SERVICING, LLC* |

| 13 | amc | 20-12660-amc | Margaret Hall | | |
| | | | *Party represented:* | *cr* | *Caliber Home Loans, Inc.* |
| 13 | elf | 20-12703-elf | Donnell B. Simon and Donnell B. Simon | | |
| | | | *Party represented:* | *cr* | *Ally Bank* |
| | | | *Party represented:* | *cr* | *Ally Bank* |
| 13 | elf | 20-12707-elf | Lynn M. Gable | | |
| | | | *Party represented:* | *cr* | *PENNYMAC LOAN SERVICES, LLC* |
| 13 | elf | 20-12746-elf | Ertan Erden | | |
| | | | *Party represented:* | *cr* | *PENNYMAC LOAN SERVICES, LLC* |
| | | | *Party represented:* | *cr* | *PennyMac Loan Services, LLC* |
| 13 | amc | 20-12858-amc | Michelle Robertson and Joann Robertson | | |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC* |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC* |
| 13 | elf | 20-12884-elf | Terrell V. Stokes and Susan M. Stokes | | |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC* |
| 13 | amc | 20-13482-amc | Michael J Riley and Bonnie M Riley | | |
| | | | *Party represented:* | *cr* | *TRUIST BANK* |
| 13 | elf | 20-13679-elf | Bernard P Petrocelli, Jr | | |
| | | | *Party represented:* | *cr* | *FULTON BANK, N.A.* |
| 13 | amc | 20-13836-amc | Lisa Dooley | | |
| | | | *Party represented:* | *cr* | *Nations Lending Corporation* |

| 13 | pmm | 20-13914-pmm | Michael Wade |  |  |
| | | | *Party represented:* | *cr* | *PennyMac Loan Services, LLC* |
| | | | *Party represented:* | *cr* | *PennyMac Loan Services, LLC* |
| 13 | amc | 20-13942-amc | Dennis Tyree Cary |  |  |
| | | | *Party represented:* | *cr* | *PENNYMAC LOAN SERVICES, LLC* |
| 13 | elf | 20-14002-elf | Neal R Hood |  |  |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC* |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC* |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC as serviced by Community Loan Servicing, LLC* |
| 13 | elf | 20-14005-elf | Brandon W. Weiss |  |  |
| | | | *Party represented:* | *cr* | *LoanCare, LLC* |
| | | | *Party represented:* | *cr* | *LoanCare, LLC* |
| 13 | pmm | 20-14317-pmm | Michael Edward Folajtar and Anabela Miranda Folajtar |  |  |
| | | | *Party represented:* | *cr* | *PennyMac Loan Services, LLC* |
| | | | *Party represented:* | *cr* | *PennyMac Loan Services, LLC* |
| 13 | pmm | 20-14331-pmm | Jennifer Wild |  |  |
| | | | *Party represented:* | *cr* | *FULTON BANK, N.A.* |
| 13 | amc | 20-14350-amc | Geneva C. Bussey |  |  |
| | | | *Party represented:* | *cr* | *PennyMac Loan Services, LLC* |
| 13 | elf | 20-14448-elf | Thomas C. Ford |  |  |
| | | | *Party represented:* | *cr* | *Caliber Home Loans, Inc.* |

| 13 | mdc | 20-14479-mdc | Michael W Harris | | |
| | | | *Party represented:* | *cr* | *Cenlar, FSB as servicer for LoanDepot.com, LLC* |
| | | | *Party represented:* | *cr* | *LoanDepot.com, LLC* |
| | | | *Party represented:* | *cr* | *LoanDepot.com, LLC* |
| 13 | pmm | 20-14530-pmm | Kevin J. Lee | | |
| | | | *Party represented:* | *cr* | *LoanCare, LLC as servicer for Arc Home LLC* |
| 13 | elf | 20-14610-elf | William Bolds | | |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC* |
| 13 | pmm | 20-14630-pmm | Dennis R. Karalfa and Linda J. Karalfa | | |
| | | | *Party represented:* | *cr* | *BANK OF AMERICA, N.A.* |
| | | | *Party represented:* | *cr* | *BANK OF AMERICA, N.A.* |
| 13 | pmm | 20-14862-pmm | Sadie-Ann Goulbourne and Michael Goulbourne | | |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC* |
| | | | *Party represented:* | *cr* | *LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC* |
| 13 | elf | 20-14871-elf | Weldon R. Blount, Jr. | | |
| | | | *Party represented:* | *cr* | *TIAA, FSB* |
| 13 | elf | 21-10195-elf | Jennifer A Caprarola | | |
| | | | *Party represented:* | *cr* | *PennyMac Loan Services, LLC* |
| 13 | amc | 21-10387-amc | Denise J Niemeyer | | |
| | | | *Party represented:* | *cr* | *Citizens Bank, N.A.,* |

| 13 | elf | 21-10458-elf | Chapter 13 Trustee | | |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC* |
| | | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC,* |
| 13 | elf | 21-10495-elf | John L Venturini | | |
| | | | *Party represented:* | *cr* | *PRIMELENDING, A PLAINSCAPITAL COMPANY* |
| 13 | pmm | 21-10855-pmm | Melinda Marie Adams | | |
| | | | *Party represented:* | *cr* | *Caliber Home Loans, Inc.* |
| | | | *Party represented:* | *cr* | *CaliberHome Loans, Inc.* |
| 13 | amc | 21-11045-amc | Phillip C Jones | | |
| | | | *Party represented:* | *cr* | *Celink as Servicer for Reverse Mortgage Funding, LLC* |
| 13 | pmm | 21-11191-pmm | Connie L. Sheets | | |
| | | | *Party represented:* | *cr* | *AmeriHome Mortgage Company, LLC* |
| 13 | pmm | 21-11367-pmm | Juan David Olarte Higuita | | |
| | | | *Party represented:* | *cr* | *CALIBER HOME LOANS, INC.* |
| 13 | pmm | 21-11394-pmm | Timothy Michael Reinhard and Margaret Mae Reinhard | | |
| | | | *Party represented:* | *cr* | *Fulton Bank, N.A.* |
| 13 | mdc | 21-11663-mdc | Lauren Scholl | | |
| | | | *Party represented:* | *cr* | *PennyMac Loan Services, LLC* |
| 13 | mdc | 21-11664-mdc | Jacqueline-Eyvonne Adelle Allen | | |
| | | | *Party represented:* | *cr* | *Navy Federal Credit Union* |
| 13 | mdc | 21-11849-mdc | Richard A Ridpath and Donna M Ridpath | | |
| | | | *Party represented:* | *cr* | *THE BRYN MAWR TRUST COMPANY* |

| 13 | pmm | 21-12274-pmm | Nadeau Hall | | |
| | | Party represented: | cr | | *BANK OF AMERICA, N.A.* |
| 13 | amc | 21-12316-amc | Arben Musa | | |
| | | Party represented: | cr | | *BANK OF AMERICA, N.A.* |
| 13 | elf | 21-12466-elf | Thomas M. Stafford | | |
| | | Party represented: | cr | | *American Advisors Group* |
| 13 | elf | 21-12525-elf | Robert C. Funderburk | | |
| | | Party represented: | cr | | *AmeriHome Mortgage Company, LLC* |
| 13 | amc | 21-12796-amc | Robert P. Mitchell, Sr. and Catherine F. Mitchell | | |
| | | Party represented: | cr | | *LoanCare, LLC* |