**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| KEITH PELZER AND BERTINA PELZER | : | |
| | : | |
| | : | Case No. 11-11134 (MDC) |
| | : | |
| Debtors. | : | |

**CERTIFICATION OF NO RESPONSE FOR DOCKET #98**

I, WILLIAM A. HOMONY, CIRA, hereby certifies that he has not been served with any answers, objections, or other responsive pleadings to the First Interim and Final Application (the "Application") for Compensation and Reimbursement of Expenses of Miller Coffey Tate LLP, Accountants and Bankruptcy Consultants to the Trustee, within the time limits set forth in the Notice.

The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application appears thereon.

Accordingly, it is respectfully requested that the Order filed with the Application be entered at the earliest convenience of the Court allowing, on a final basis, the requested fees and expenses sought in the Application

MILLER COFFEY TATE LLP

Date: December 14, 2021

/s/ William A. Homony, CIRA
WILLIAM A. HOMONY, CIRA
1628 John F. Kennedy Blvd. Ste. 950
Philadelphia, PA 19103
Ph: 215-561-0950
Fx: 215-561-0330