IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: KEITH PELZER                    :                CHAPTER  7
     BERTINA PELZER,                 :

     DEBTORS                         :                BANKRUPTCY NO.  11-11134

ORDER

AND NOW, this        day of                      , 202  , upon consideration of the Objection to

Proof of Claim# 25-2, with service having been proper and no opposition, after hearing held, and

the Claim indicating that no payment is being sought, it is Ordered that the Objection is sustained.

BY THE COURT:

_____

Magdeline D. Coleman
Chief Bankruptcy Judge