## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: KEITH PELZER | : | CHAPTER 7 |
| BERTINA PELZER, | : | |
| | | |
| DEBTORS | : | BANKRUPTCY NO. 11-11134 |

ORDER

AND NOW, this 12th day of          January  2022, upon consideration of the Objection to

Proof of Claim# 25-2, with service having been proper and no opposition, after hearing held, and

the Claim indicating that no payment is being sought, it is Ordered that the Objection is sustained.

BY THE COURT:

*Magdeline D. Coleman*
_____

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge