United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 11-11134-mdc |
| Keith Pelzer | Chapter 7 |
| Bertina Pelzer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 13, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Keith Pelzer, Bertina Pelzer, 15004 Joplin Lane, Phoenixville, PA 19460 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 12666740 | + Email/Text: bkdepartment@rtresolutions.com | Jan 13 2022 23:54:00 | Real Time Resolutions, Inc., 1750 Regal Row Suite 120, PO Box 36655, Dallas Texas 75235-1655 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 15, 2022 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor J.P. Morgan Chase Bank  N.A., as Servicer agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| ANDREW F GORNALL | on behalf of Creditor U.S. Bank National Association  et al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOS A. KATSAOUNIS | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 13, 2022 | Form ID: pdf900 | Total Noticed: 2 |

RA-occbankruptcy6@state.pa.us

JEANNE MARIE CELLA
    on behalf of Joint Debtor Bertina Pelzer paralegal@lawjmc.com pennduke@gmail.com;r46298@notify.bestcase.com

JEANNE MARIE CELLA
    on behalf of Debtor Keith Pelzer paralegal@lawjmc.com pennduke@gmail.com;r46298@notify.bestcase.com

MARISA MYERS COHEN
    on behalf of Creditor J.P. Morgan Chase Bank  N.A., as Servicer ecfmail@mwc-law.com, mcohen@mwc-law.com

MARY F. KENNEDY
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York mary@javardianlaw.com coleen@javardianlaw.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor Select Portfolio  Inc. as servicing agent for The Bank of New York Mellon mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

Michael H Kaliner
    on behalf of Trustee Michael H Kaliner mhkaliner@gmail.com pa35@ecfcbis.com

Michael H Kaliner
    mhkaliner@gmail.com pa35@ecfcbis.com

ROBERT J. HOFFMAN
    on behalf of Creditor Northridge Village Homeowners Association collections@marcushoffman.com

THOMAS I. PULEO
    on behalf of Creditor Select Portfolio  Inc. as servicing agent for The Bank of New York Mellon tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: KEITH PELZER : CHAPTER 7
BERTINA PELZER, :

DEBTORS : BANKRUPTCY NO. 11-11134

ORDER

AND NOW, this 12th day of January 2022, upon consideration of the Objection to Proof of Claim# 25-2, with service having been proper and no opposition, after hearing held, and the Claim indicating that no payment is being sought, it is Ordered that the Objection is sustained.

BY THE COURT:

_Magdeline D. Coleman_

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge