United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Keith Pelzer

Bertina Pelzer

    Debtors

Case No. 11-11134-mdc

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jan 20, 2022 | Form ID: pdf900 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Keith Pelzer, Bertina Pelzer, 15004 Joplin Lane, Phoenixville, PA 19460 |
| acc | + | Miller Coffey Tate LLP, 1628 JFK Blvd., Suite 950, Philadelphia, PA 19103-2110 |
| 12294686 | + | Acs Inc (Original Creditor:04 Phila, Pob 41818, Philadelphia, PA 19101-1818 |
| 12294687 | | Aes/Pheaa (Original Creditor:Aes/Ph, Student Loan Svc Ctr, Harrisburg, PA 17105 |
| 12294690 | + | Ar Resources Inc (Original Creditor, 1777 Sentry Pkwy W, Blue Bell, PA 19422-2207 |
| 12294691 | + | Arrow Financial Servic (Original Cr, 5996 W Touhy Ave, Niles, IL 60714-4610 |
| 12294694 | + | Complete Credit Soluti (Original Cr, 2921 Brown Trl, Bedford, TX 76021-4144 |
| 12294695 | + | Emc Mortg, 909 Hidden Rdg #200, Irving, TX 75038-3826 |
| 12294699 | + | Home Furnish, 5324 Va Beach Rd, Virginia Beach, VA 23462-1828 |
| 12294700 | + | Home Furnishings, 5324 Virginia Beach Blvd, Virginia Beach, VA 23462-1828 |
| 12294705 | + | Medical Data Systems I (Original Cr, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 12324985 | + | Northridge Village Homeowners Association, c/o Robert J. Hoffman, Esquire, 326 West State Street, Media, PA 19063-3861 |
| 12324962 | + | Northridge Village Homeowners Associaton, c/o Robert J. Hoffman, Esquire, 326 West State Street, Media, PA 19063-3861 |
| 12294708 | + | Payliance (Original Creditor:Philad, 3 Easton Oval Ste 210, Columbus, OH 43219-6011 |
| 12294710 | + | RJM Acquisitions LLC (Original Creditor:Wach, 575 Underhill Blvd., Suite 224, Syosset, NY 11791-3416 |
| 12530416 | | The Bank of New York Mellon f/k/a, The Bank of New York, as successor, in interest, et al c/o EMC Mortgage, P.O. Box 660753, Dallas, TX 75266-0753 |
| 12294711 | + | Trojan Professional Se (Original Cr, 4410 Cerritos Ave, Los Alamitos, CA 90720-2549 |
| 12436807 | | US Department of Education, PO BOX 530260, Atalanta GA 30353-0260 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 20 2022 23:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2022 23:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 23:45:45 | GE Money Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bkdepartment@rtresolutions.com | Jan 20 2022 23:42:00 | Real Time Resolutions Inc., 1750 Regal Row Ste 120, PO Box 36655, Dallas, TX 75235-1655 |
| 12330033 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 20 2022 23:42:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 12462209 | + | Email/Text: EBNProcessing@afni.com | Jan 20 2022 23:42:00 | Afni, Inc., PO BOX 3667, Bloomington, IL 61702-3667 |
| 12294688 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 20 2022 23:42:00 | Am Honda Fin, 200 Continental Dr #301, Newark, DE 19713-4336 |

District/off: 0313-2        User: admin        Page 2 of 4

Date Rcvd: Jan 20, 2022        Form ID: pdf900        Total Noticed: 57

| | | | |
|---|---|---|---|
| 12518533 | Email/PDF: bncnotices@becket-lee.com | Jan 20 2022 23:45:57 | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 12301378 | Email/PDF: ebn_ais@aisinfo.com | Jan 20 2022 23:45:57 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 12294689 + | Email/PDF: bncnotices@becket-lee.com | Jan 20 2022 23:45:57 | Amex, P.O. Box 981537, El Paso, TX 79998-1537 |
| 12326524 + | Email/Text: bncmail@w-legal.com | Jan 20 2022 23:42:00 | CANDICA L.L.C, C O WEINSTEIN AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 12294692 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2022 23:45:57 | Cap One, Po Box 85520, Richmond, VA 23285 |
| 12329647 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2022 23:45:45 | Capital One Bank (USA), N.A., by American InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 12423881 + | Email/Text: megan.harper@phila.gov | Jan 20 2022 23:42:00 | City of Philadelphia Law Department, School District of Philadelphia, 1515 Arch Street 15th Fl Tax Unit, Philadelphia PA 19102-1501 |
| 12294693 + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 20 2022 23:42:00 | Collection (Original Creditor:11 Ho, Po Box 9133, Needham, MA 02494-9133 |
| 12353011 + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2022 23:56:24 | Department Stores National Bank/Macys, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 12294704 + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2022 23:56:24 | Macysdsnb, 911 Duke Blvd, Mason, OH 45040 |
| 12294696 + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 20 2022 23:45:53 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 12528167 | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 23:45:57 | GE Money Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 12294697 + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 23:45:57 | Gemb/Paypal Smart Conn, 777 Long Ridge Rd, Stamford, CT 06902-1247 |
| 12294698 + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 23:45:57 | Gemb/Sleepys, Po Box 981439, El Paso, TX 79998-1439 |
| 12518484 | Email/PDF: rmscedi@recoverycorp.com | Jan 20 2022 23:45:57 | Granite Recovery LLC, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 12294701 + | Email/Text: Bankruptcy@ICSystem.com | Jan 20 2022 23:42:00 | I C System Inc (Original Creditor:B, Po Box 64378, Saint Paul, MN 55164-0378 |
| 12348108 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 20 2022 23:42:00 | Jefferson Capital Systems LLC, P.O. BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 12535892 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 20 2022 23:45:57 | JP Morgan Chase Bank, N.A., MAIL CODE: OH4-7119, 3415 Vision Drive, Columbus, OH 43219 |
| 12516555 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2022 23:45:54 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 12294702 + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2022 23:45:46 | Lvnv Funding, P.O. B 10584, Greenville, SC 29603-0584 |
| 12294703 + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2022 23:45:46 | Lvnv Funding Llc (Original Creditor, Po Box 740281, Houston, TX 77274-0281 |
| 13692424 + | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2022 23:42:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 12320132 + | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2022 23:42:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 12294706 + | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2022 23:42:00 | Midland Credit Mgmt (Original Credi, 8875 Aero |

District/off: 0313-2                              User: admin                                    Page 3 of 4
Date Rcvd: Jan 20, 2022                          Form ID: pdf900                                Total Noticed: 57

| | | | |
|---|---|---|---|
| | | | Dr, San Diego, CA 92123-2251 |
| 12294707 | + Email/Text: bankruptcydepartment@tsico.com | Jan 20 2022 23:42:00 | Nco Fin /99 (Original Creditor:06 P, Pob 15636, Wilmington, DE 19850-5636 |
| 12445979 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2022 23:42:00 | Pennsylvania Department Of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 12294709 | + Email/Text: bknotices@totalcardinc.com | Jan 20 2022 23:42:00 | Plains Commerce Bank, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 12424680 | + Email/Text: csidl@sbcglobal.net | Jan 20 2022 23:42:00 | Premier BankCard/Charter, Post Office Box 2208, Vacaville, CA 95696-8208 |
| 12666740 | + Email/Text: bkdepartment@rtresolutions.com | Jan 20 2022 23:42:00 | Real Time Resolutions, Inc., 1750 Regal Row Suite 120, PO Box 36655, Dallas Texas 75235-1655 |
| 12341843 | Email/PDF: rmscedi@recoverycorp.com | Jan 20 2022 23:45:53 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 12322874 | Email/PDF: bncnotices@becket-lee.com | Jan 20 2022 23:45:57 | Toyota Motor Credit Corporation, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 12294712 | + Email/Text: EDBKNotices@ecmc.org | Jan 20 2022 23:42:00 | Us Dept Of Education, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| cr | *+ | Northridge Village Homeowners Association, c/o Robert J. Hoffman, Esquire, 326 West State Street, Media, PA 19063-3861 |
| 12426927 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-9617 |
| 12441949 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-9617 |
| 12436806 | * | US Department of Education, PO BOX 5609, Greenville TX 75403-5609 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2022                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:**

**Name**                          **Email Address**

District/off: 0313-2            User: admin            Page 4 of 4

Date Rcvd: Jan 20, 2022            Form ID: pdf900            Total Noticed: 57

ANDREW F GORNALL

on behalf of Creditor J.P. Morgan Chase Bank  N.A., as Servicer agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

ANDREW F GORNALL

on behalf of Creditor U.S. Bank National Association  et al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

CHRISTOS A. KATSAOUNIS

on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us,
RA-occbankruptcy6@state.pa.us

JEANNE MARIE CELLA

on behalf of Debtor Keith Pelzer paralegal@lawjmc.com  pennduke@gmail.com;r46298@notify.bestcase.com

JEANNE MARIE CELLA

on behalf of Joint Debtor Bertina Pelzer paralegal@lawjmc.com  pennduke@gmail.com;r46298@notify.bestcase.com

MARISA MYERS COHEN

on behalf of Creditor J.P. Morgan Chase Bank  N.A., as Servicer ecfmail@mwc-law.com, mcohen@mwc-law.com

MARY F. KENNEDY

on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York mary@javardianlaw.com
coleen@javardianlaw.com

MATTHEW CHRISTIAN WALDT

on behalf of Creditor Select Portfolio  Inc. as servicing agent for The Bank of New York Mellon mwaldt@milsteadlaw.com,
bkecf@milsteadlaw.com

Michael H Kaliner

on behalf of Trustee Michael H Kaliner mhkaliner@gmail.com  pa35@ecfcbis.com

Michael H Kaliner

mhkaliner@gmail.com  pa35@ecfcbis.com

ROBERT J. HOFFMAN

on behalf of Creditor Northridge Village Homeowners Association collections@marcushoffman.com

THOMAS I. PULEO

on behalf of Creditor Select Portfolio  Inc. as servicing agent for The Bank of New York Mellon tpuleo@kmllawgroup.com,
bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: PELZER, KEITH | § | Case No. 2:11-11134-MDC |
| PELZER, BERTINA | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL H. KALINER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, U.S. Bankruptcy Court
Robert N.C. Nix, Sr. Office Building
900 Market Street
Suite 400
Philadelphia, Pa 19107

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 02/16/2022 in Courtroom 2, United States Courthouse, Robert N.C. Nix, Sr. Office Building
900 Market Street
Philadelphia, Pa 19107.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  01/20/2022          By:  /s/MichaelH. Kaliner
                                                    Trustee

MICHAEL H. KALINER
**3993 Huntingdon Pike
Suite 210
Huntingdon Valley, PA  19006**
(215) 230-4250

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: PELZER, KEITH | § | Case No. 2:11-11134-MDC |
| PELZER, BERTINA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $          62,486.05

*and approved disbursements of*          $          6,017.77

*leaving a balance on hand of* [1]          $          56,468.28

**Balance on hand:**          $          56,468.28

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Northridge Village Homeowners Association | 13,239.77 | 0.00 | 0.00 | 0.00 |
| 24 | The Bank of New York Mellon f/k/a | 372,397.65 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $          0.00

Remaining balance:     $          56,468.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL H. KALINER | 6,374.30 | 0.00 | 6,374.30 |
| Trustee, Expenses - MICHAEL H. KALINER | 48.74 | 0.00 | 48.74 |
| Accountant for Trustee, Fees - MILLER COFFEY TATE LLP | 7,000.00 | 0.00 | 7,000.00 |
| Accountant for Trustee, Expenses - MILLER COFFEY TATE LLP | 259.31 | 0.00 | 259.31 |

Total to be paid for chapter 7 administration expenses:     $          13,682.35

Remaining balance:     $          42,785.93

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00

Remaining balance:  $ 42,785.93

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,400.70 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17P-3 | Pennsylvania Department Of Revenue | 2,400.70 | 0.00 | 2,400.70 |

Total to be paid for priority claims:  $ 2,400.70

Remaining balance:  $ 40,385.23

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,772.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 99.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 253.07 | 0.00 | 250.67 |
| 2 | RJM Acquisitions LLC (Original Creditor:Wach | 374.74 | 0.00 | 371.18 |
| 4 | Midland Credit Management, Inc. | 1,926.23 | 0.00 | 1,907.96 |
| 5 | Toyota Motor Credit Corporation | 7,839.89 | 0.00 | 7,765.51 |
| 7 | CANDICA L.L.C | 2,220.94 | 0.00 | 2,199.87 |
| 9 | American Honda Finance Corporation | 3,129.65 | 0.00 | 3,099.96 |
| 10 | Jefferson Capital Systems LLC | 2,830.84 | 0.00 | 2,803.98 |
| 11 | Department Stores National Bank/Macys | 231.31 | 0.00 | 229.12 |
| 12 | City of Philadelphia Law Department | 10,118.00 | 0.00 | 10,022.01 |
| 14 | Jefferson Capital Systems LLC | 2,097.32 | 0.00 | 2,077.42 |

**UST Form 101-7-NFR (10/1/2010)**

| 16 | Jefferson Capital Systems LLC | 1,800.00 | 0.00 | 1,783.87 |
|----|----|----|----|----|
| 17U-3 | Pennsylvania Department Of Revenue | 421.16 | 0.00 | 417.16 |
| 19 | LVNV Funding LLC | 2,177.73 | 0.00 | 2,157.07 |
| 20 | Granite Recovery LLC | 1,060.07 | 0.00 | 1,050.01 |
| 21 | American Express Centurion Bank | 2,296.92 | 0.00 | 2,275.13 |
| 22 | GE Money Bank | 108.09 | 0.00 | 107.06 |
| 23 | Granite Recovery LLC | 1,885.13 | 0.00 | 1,867.25 |

Total to be paid for timely general unsecured claims: $        40,385.23

Remaining balance: $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----|----|----|----|----|
| | None | | | |

Total to be paid for tardy general unsecured claims: $        0.00

Remaining balance: $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----|----|----|----|----|
| | None | | | |

Total to be paid for subordinated claims: $        0.00

Remaining balance: $        0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:   /s/MICHAEL H. KALINER

Trustee

MICHAEL H. KALINER
**3993 Huntingdon Pike**
**Suite 210**
**Huntingdon Valley, PA  19006**
(215) 230-4250

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**