**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | CHAPTER 7 |
| : | |
| **KEITH PELZER AND BERTINA PELZER** : | |
| : | Case No. 11-11134 (MDC) |
| **Debtors.** : | |

---

# O R D E R

AND NOW, this  25th   day of   January   2022, it is ORDERED that the First Interim and Final Application for Compensation and Reimbursement of Expenses of Accountants and Bankruptcy Consultants for the Trustee be, and the same hereby is GRANTED; and it is further

ORDERED that there SHALL BE ALLOWED AND DISBURSED FORTHWITH TO Miller Coffey Tate LLP compensation in the amount of $7,000.00 for actual and necessary services rendered to the Trustee and $259.31 for reimbursement of expenses incurred by Miller Coffey Tate LLP in serving the Trustee.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE