United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                   Case No. 11-11134-mdc

Keith Pelzer                                                           Chapter 7

Bertina Pelzer

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 26, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Keith Pelzer, Bertina Pelzer, 15004 Joplin Lane, Phoenixville, PA 19460 |
| acc | + | Miller Coffey Tate LLP, 1628 JFK Blvd., Suite 950, Philadelphia, PA 19103-2110 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2022                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | |
| | on behalf of Creditor J.P. Morgan Chase Bank  N.A., as Servicer agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| ANDREW F GORNALL | |
| | on behalf of Creditor U.S. Bank National Association  et al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOS A. KATSAOUNIS | |
| | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| JEANNE MARIE CELLA | |
| | on behalf of Joint Debtor Bertina Pelzer paralegal@lawjmc.com  pennduke@gmail.com;r46298@notify.bestcase.com |
| JEANNE MARIE CELLA | |

on behalf of Debtor Keith Pelzer paralegal@lawjmc.com  pennduke@gmail.com;r46298@notify.bestcase.com

MARISA MYERS COHEN

on behalf of Creditor J.P. Morgan Chase Bank  N.A., as Servicer ecfmail@mwc-law.com, mcohen@mwc-law.com

MARY F. KENNEDY

on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York mary@javardianlaw.com
coleen@javardianlaw.com

MATTHEW CHRISTIAN WALDT

on behalf of Creditor Select Portfolio  Inc. as servicing agent for The Bank of New York Mellon mwaldt@milsteadlaw.com,
bkecf@milsteadlaw.com

Michael H Kaliner

on behalf of Trustee Michael H Kaliner mhkaliner@gmail.com  pa35@ecfcbis.com

Michael H Kaliner

mhkaliner@gmail.com  pa35@ecfcbis.com

ROBERT J. HOFFMAN

on behalf of Creditor Northridge Village Homeowners Association collections@marcushoffman.com

THOMAS I. PULEO

on behalf of Creditor Select Portfolio  Inc. as servicing agent for The Bank of New York Mellon tpuleo@kmllawgroup.com,
bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

**UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 7** |
| | : | |
| | : | |
| **KEITH PELZER AND BERTINA PELZER** | : | |
| | : | **Case No. 11-11134 (MDC)** |
| | : | |
| **Debtors.** | : | |

---

## O R D E R

AND NOW, this **25th** day of **January** 2022, it is ORDERED that the First Interim and Final Application for Compensation and Reimbursement of Expenses of Accountants and Bankruptcy Consultants for the Trustee be, and the same hereby is GRANTED; and it is further

ORDERED that there SHALL BE ALLOWED AND DISBURSED FORTHWITH TO Miller Coffey Tate LLP compensation in the amount of $7,000.00 for actual and necessary services rendered to the Trustee and $259.31 for reimbursement of expenses incurred by Miller Coffey Tate LLP in serving the Trustee.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE