IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  KEITH PELZER              :        CHAPTER 7
        BERTINA PELZER

        DEBTOR

                                  :        BKY NO. 11-11134

### CERTIFICATE OF NO OBJECTION

Michael H. Kaliner, Trustee, hereby certifies that he has not been served with any Objections to the Trustee's Final Account and Fee Application within the time limits set forth in the Notice.

/s/Michael H. Kaliner
Michael H. Kaliner, Trustee
3993 Huntingdon Pike – Suite 210
Huntingdon Valley, PA 19006
(215) 230-4250