UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

PELZER, KEITH
PELZER, BERTINA

Case No. 11-11134 MDC

Chapter 7 -- Liquidation

Debtor(s).

## ORDER OF DISTRIBUTION

**AND NOW,** this __18th__ day of __February__ 2022, the Trustee __Michael H. Kaliner__, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Trustee's Proposed Distribution, estate monies in the amount indicated in such Distribution, within (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred and twenty five (125) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE