United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 11-11134-mdc
Keith Pelzer  Chapter 7
Bertina Pelzer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Feb 18, 2022      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Keith Pelzer, Bertina Pelzer, 15004 Joplin Lane, Phoenixville, PA 19460 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor J.P. Morgan Chase Bank N.A., as Servicer agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| ANDREW F GORNALL | on behalf of Creditor U.S. Bank National Association et al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOS A. KATSAOUNIS | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| JEANNE MARIE CELLA | on behalf of Joint Debtor Bertina Pelzer paralegal@lawjmc.com pennduke@gmail.com;r46298@notify.bestcase.com |
| JEANNE MARIE CELLA | on behalf of Debtor Keith Pelzer paralegal@lawjmc.com pennduke@gmail.com;r46298@notify.bestcase.com |
| MARISA MYERS COHEN | on behalf of Creditor J.P. Morgan Chase Bank N.A., as Servicer ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARY F. KENNEDY | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York mary@javardianlaw.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 18, 2022 | Form ID: pdf900 | Total Noticed: 1

coleen@javardianlaw.com

MATTHEW CHRISTIAN WALDT
on behalf of Creditor Select Portfolio Inc. as servicing agent for The Bank of New York Mellon mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

Michael H Kaliner
on behalf of Trustee Michael H Kaliner mhkaliner@gmail.com pa35@ecfcbis.com

Michael H Kaliner
mhkaliner@gmail.com pa35@ecfcbis.com

ROBERT J. HOFFMAN
on behalf of Creditor Northridge Village Homeowners Association collections@marcushoffman.com

THOMAS I. PULEO
on behalf of Creditor Select Portfolio Inc. as servicing agent for The Bank of New York Mellon tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

PELZER, KEITH
PELZER, BERTINA

Case No. 11-11134 MDC

Chapter 7 -- Liquidation

Debtor(s).

## ORDER APPROVING TRUSTEE'S FINAL REPORT

AND NOW, this 18th day of February 2022, upon consideration of Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE