United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 11-11134-mdc |
| Keith Pelzer | Chapter 7 |
| Bertina Pelzer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Keith Pelzer, Bertina Pelzer, 15004 Joplin Lane, Phoenixville, PA 19460 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor J.P. Morgan Chase Bank  N.A., as Servicer agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| ANDREW F GORNALL | on behalf of Creditor U.S. Bank National Association  et al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOS A. KATSAOUNIS | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| JEANNE MARIE CELLA | on behalf of Joint Debtor Bertina Pelzer paralegal@lawjmc.com  pennduke@gmail.com;r46298@notify.bestcase.com |
| JEANNE MARIE CELLA | on behalf of Debtor Keith Pelzer paralegal@lawjmc.com  pennduke@gmail.com;r46298@notify.bestcase.com |
| MARISA MYERS COHEN | on behalf of Creditor J.P. Morgan Chase Bank  N.A., as Servicer ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARY F. KENNEDY | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York mary@javardianlaw.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

coleen@javardianlaw.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor Select Portfolio  Inc. as servicing agent for The Bank of New York Mellon mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

Michael H Kaliner
    on behalf of Trustee Michael H Kaliner mhkaliner@gmail.com  pa35@ecfcbis.com

Michael H Kaliner
    mhkaliner@gmail.com  pa35@ecfcbis.com

ROBERT J. HOFFMAN
    on behalf of Creditor Northridge Village Homeowners Association collections@marcushoffman.com

THOMAS I. PULEO
    on behalf of Creditor Select Portfolio  Inc. as servicing agent for The Bank of New York Mellon tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In Re:

PELZER, KEITH
PELZER, BERTINA

Case No. 11-11134 MDC

Chapter 7 -- Liquidation

Debtor(s).

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this 18th day of February 2022, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $6,374.30 is reasonable compensation for the services in this case by MICHAEL H. KALINER, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $48.74 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court:

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge