United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Keith Pelzer  
Bertina Pelzer  
    Debtors

Case No. 11-11134-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4  
Date Rcvd: Aug 31, 2022     Form ID: pdf900     Total Noticed: 56

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Keith Pelzer, Bertina Pelzer, 15004 Joplin Lane, Phoenixville, PA 19460 |
| acc | + | Miller Coffey Tate LLP, 1628 JFK Blvd., Suite 950, Philadelphia, PA 19103-2110 |
| 12294686 | + | Acs Inc (Original Creditor:04 Phila, Pob 41818, Philadelphia, PA 19101-1818 |
| 12294687 | | Aes/Pheaa (Original Creditor:Aes/Ph, Student Loan Svc Ctr, Harrisburg, PA 17105 |
| 12294690 | + | Ar Resources Inc (Original Creditor, 1777 Sentry Pkwy W, Blue Bell, PA 19422-2207 |
| 12294691 | + | Arrow Financial Servic (Original Cr, 5996 W Touhy Ave, Niles, IL 60714-4610 |
| 12294694 | + | Complete Credit Soluti (Original Cr, 2921 Brown Trl, Bedford, TX 76021-4144 |
| 12294695 | + | Emc Mortg, 909 Hidden Rdg #200, Irving, TX 75038-3826 |
| 12294699 | + | Home Furnish, 5324 Va Beach Rd, Virginia Beach, VA 23462-1828 |
| 12294700 | + | Home Furnishings, 5324 Virginia Beach Blvd, Virginia Beach, VA 23462-1828 |
| 12294705 | + | Medical Data Systems I (Original Cr, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 12324985 | + | Northridge Village Homeowners Association, c/o Robert J. Hoffman, Esquire, 326 West State Street, Media, PA 19063-3861 |
| 12324962 | + | Northridge Village Homeowners Associaton, c/o Robert J. Hoffman, Esquire, 326 West State Street, Media, PA 19063-3861 |
| 12294710 | + | RJM Acquisitions LLC (Original Creditor:Wach, 575 Underhill Blvd., Suite 224, Syosset, NY 11791-3416 |
| 12530416 | | The Bank of New York Mellon f/k/a, The Bank of New York, as successor, in interest, et al c/o EMC Mortgage, P.O. Box 660753, Dallas, TX 75266-0753 |
| 12294711 | + | Trojan Professional Se (Original Cr, 4410 Cerritos Ave, Los Alamitos, CA 90720-2549 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 31 2022 23:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Sep 01 2022 00:08:12 | GE Money Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bkdepartment@rtresolutions.com | Aug 31 2022 23:56:00 | Real Time Resolutions Inc., 1750 Regal Row Ste 120, PO Box 36655, Dallas, TX 75235-1655 |
| 12330033 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 31 2022 23:56:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 12462209 | + | Email/Text: EBNProcessing@afni.com | Aug 31 2022 23:56:00 | Afni, Inc., PO BOX 3667, Bloomington, IL 61702-3667 |
| 12294688 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 31 2022 23:56:00 | Am Honda Fin, 200 Continental Dr #301, Newark, DE 19713-4336 |
| 12518533 | | Email/PDF: bncnotices@becket-lee.com | Sep 01 2022 00:08:16 | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 12301378 | | Email/PDF: ebn_ais@aisinfo.com | Sep 01 2022 00:08:08 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, |

Case 11-11134-mdc    Doc 123    Filed 09/02/22    Entered 09/03/22 00:32:37    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 31, 2022 | Form ID: pdf900 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | | Oklahoma City, OK 73124-8848 |
| 12294689 | + | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Sep 01 2022 00:08:16 | Amex, P.O. Box 981537, El Paso, TX 79998-1537 |
| 12326524 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Aug 31 2022 23:56:00 | CANDICA L.L.C, C O WEINSTEIN AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 12294692 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| 12329647 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 31 2022 23:57:31 | Cap One, Po Box 85520, Richmond, VA 23285 |
| | | | Aug 31 2022 23:57:31 | Capital One Bank (USA), N.A., by American InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 12423881 | + | Email/Text: megan.harper@phila.gov | | |
| | | | Aug 31 2022 23:56:00 | City of Philadelphia Law Department, School District of Philadelphia, 1515 Arch Street 15th Fl Tax Unit, Philadelphia PA 19102-1501 |
| 12294693 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | | Aug 31 2022 23:56:00 | Collection (Original Creditor:11 Ho, Po Box 9133, Needham, MA 02494-9133 |
| 12353011 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Sep 01 2022 00:08:17 | Department Stores National Bank/Macys, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 12294704 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Sep 01 2022 00:08:17 | Macysdsnb, 911 Duke Blvd, Mason, OH 45040 |
| 12294696 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Aug 31 2022 23:57:36 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 12528167 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Sep 01 2022 00:08:16 | GE Money Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 12294697 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Sep 01 2022 00:08:16 | Gemb/Paypal Smart Conn, 777 Long Ridge Rd, Stamford, CT 06902-1247 |
| 12294698 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Sep 01 2022 00:08:08 | Gemb/Sleepys, Po Box 981439, El Paso, TX 79998-1439 |
| 12518484 | | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Sep 01 2022 00:08:08 | Granite Recovery LLC, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 12294701 | | Email/Text: Bankruptcy@ICSystem.com | | |
| | | | Aug 31 2022 23:56:00 | I C System Inc (Original Creditor:B, Po Box 64378, Saint Paul, MN 55164 |
| 12348108 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Aug 31 2022 23:56:00 | Jefferson Capital Systems LLC, P.O. BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 12535892 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Aug 31 2022 23:57:31 | JP Morgan Chase Bank, N.A., MAIL CODE: OH4-7119, 3415 Vision Drive, Columbus, OH 43219 |
| 12516555 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 01 2022 00:08:08 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 12294702 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 01 2022 00:08:08 | Lvnv Funding, P.O. B 10584, Greenville, SC 29603-0584 |
| 12294703 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 01 2022 00:08:13 | Lvnv Funding Llc (Original Creditor, Po Box 740281, Houston, TX 77274-0281 |
| 13692424 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 31 2022 23:56:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 12320132 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 31 2022 23:56:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 12294706 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 31 2022 23:56:00 | Midland Credit Mgmt (Original Credi, 8875 Aero Dr, San Diego, CA 92123-2251 |
| 12294707 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Aug 31 2022 23:56:00 | Nco Fin /99 (Original Creditor:06 P, Pob 15636, Wilmington, DE 19850-5636 |
| 12294708 | | Email/Text: bankruptcy@payliance.com | | |

| Recip ID | | Bypass/Method | Date | Name and Address |
|---|---|---|---|---|
| | | | Aug 31 2022 23:56:00 | Payliance (Original Creditor:Philad, 3 Easton Oval Ste 210, Columbus, OH 43219 |
| 12445979 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 31 2022 23:56:00 | Pennsylvania Department Of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 12294709 | + | Email/Text: bknotices@totalcardinc.com | Aug 31 2022 23:56:00 | Plains Commerce Bank, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 12424680 | + | Email/Text: csidl@sbcglobal.net | Aug 31 2022 23:56:00 | Premier BankCard/Charter, Post Office Box 2208, Vacaville, CA 95696-8208 |
| 12666740 | + | Email/Text: bkdepartment@rtresolutions.com | Aug 31 2022 23:56:00 | Real Time Resolutions, Inc., 1750 Regal Row Suite 120, PO Box 36655, Dallas Texas 75235-1655 |
| 12341843 | | Email/PDF: rmscedi@recoverycorp.com | Sep 01 2022 00:08:17 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 12322874 | | Email/PDF: bncnotices@becket-lee.com | Sep 01 2022 00:08:07 | Toyota Motor Credit Corporation, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 12436807 | | Email/Text: edbknotices@ecmc.org | Aug 31 2022 23:56:00 | US Department of Education, PO BOX 530260, Atalanta GA 30353-0260 |
| 12294712 | + | Email/Text: EDBKNotices@ecmc.org | Aug 31 2022 23:56:00 | Us Dept Of Education, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| cr | *+ | Northridge Village Homeowners Association, c/o Robert J. Hoffman, Esquire, 326 West State Street, Media, PA 19063-3861 |
| 12426927 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-9617 |
| 12441949 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-9617 |
| 12436806 | * | US Department of Education, PO BOX 5609, Greenville TX 75403-5609 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2022 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 31, 2022 | Form ID: pdf900 | Total Noticed: 56 |

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor J.P. Morgan Chase Bank  N.A., as Servicer agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| ANDREW F GORNALL | on behalf of Creditor U.S. Bank National Association  et al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOS A. KATSAOUNIS | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| JEANNE MARIE CELLA | on behalf of Debtor Keith Pelzer paralegal@lawjmc.com  pennduke@gmail.com;r46298@notify.bestcase.com |
| JEANNE MARIE CELLA | on behalf of Joint Debtor Bertina Pelzer paralegal@lawjmc.com  pennduke@gmail.com;r46298@notify.bestcase.com |
| MARISA MYERS COHEN | on behalf of Creditor J.P. Morgan Chase Bank  N.A., as Servicer ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARY F. KENNEDY | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York mary@javardianlaw.com coleen@javardianlaw.com;chris.cummins@javardianlaw.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor Select Portfolio  Inc. as servicing agent for The Bank of New York Mellon mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Michael H Kaliner | on behalf of Trustee Michael H Kaliner mhkaliner@gmail.com  pa35@ecfcbis.com |
| Michael H Kaliner | mhkaliner@gmail.com  pa35@ecfcbis.com |
| ROBERT J. HOFFMAN | on behalf of Creditor Northridge Village Homeowners Association collections@marcushoffman.com |
| THOMAS I. PULEO | on behalf of Creditor Select Portfolio  Inc. as servicing agent for The Bank of New York Mellon tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | |
| PELZER, KEITH<br>PELZER, BERTINA | Case No. 11-11134 MDC<br><br>Chapter 7 – Liquidation |
| Debtor(s). | |

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT,
DISCHARGING TRUSTEE, AND CLOSING ESTATE**

AND NOW, this 31st day of August 2022, upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

BY THE COURT

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE